

**Blactino Entertainment Co.(tm)**

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 31 2017

JEFFREY P. COLWELL
CLERK

17-cv-1827-GPG

US Tenth District Court
Office of the Clerk
Denver, CO

Re Richard Max Fleming, M.D., J.D v. Larry D. Sims, et al Pending case

31 July 2017

Dear Sir/Madam

Greetings!, it has come to my attention that said Plaintiff (so listed above is and conman) and he has filed this action in your court and state court, such action is illegal...he knownly misrepresented himself he stated he is a Doctor or what why has he listed in AFFIDAVIT OR DECLARATION/LEAVE TO PROCEED IN FORMA PAUPERIS as a Self Employed CONSULTANT from June 2008 - Current with making only $1,200.00/mo and he only has $100.00 in his bank account, you are a doctor and and againg I say, you only have $100.00 something is just NOT right, yet you are listed with SAG as an actor/singer, not doctor and you have a number of website/pagesite listing you as many things...Court he forgot to inform this court that he has scammed a insurance company, but unaware if he got anything from them. Now I have attached the so sheets of the first page of each suit for your review and further action...He claims me and my companies are some form of scam or con, yet to date I have never ask this person for anything, but me no knowing him I was going to give him $250K (BULLSH*T), he state on RIPOFF website a number of slanderous and liable remarks without any proof or any signed 18 USC 2257, et al of working for me or my businesses, if he has it attach it to this complaint - NOW. I am fully aware that this matter MUST play out in court of law, but please DON'T allow this court to get set up in his scam.

**1412 Lakeview Avenue, 204, Pueblo, CO 81004  -  (719) 415-7949**
**fax: (719) 564-2552**

U.S. Tenth District Court
Office of the Clerk
Page Two
July 31, 2017

If you feel that some thing is JUST not right then this court MUST ask that the Plaintiff provide this COURT or any court that actual proof of his actual working "AT-WILL AGREEMENT and his 18 USC 2257, as well as his so called AMA Medical License stating he is a doctor in good standing with CA...and any reason set forth as this court under the laws of this state and federal laws of this and any COURT that is in need of the facts before it can more on" If you or this court decide to again, allow this matter to play out in court I ask that this Letter be a acting Motion to ask this court that I and my business be allowed to file any and all countersuit and ask that Plaintiff be issued a SUBPOENA DUCES TECUM and that he bring the following documents with him to this court at his COST...they are

* At - Will Agreement signed by him and dated by him as well as me, the acting CEO/Owner.

* That he produce any and all photos of himself that he did provided to this company, as a "MODEL", not a doctor.

* That he the Plaintiff provide any and all licenses of his actual Medical status as M.D with the State of CA and the document license number

* Any and all complaints of his SAG report as an actor and the reason why it was NOT made a part of this Complaint with this or any COURT.

* Any and all listing to the reason (s) why said action of this or any company owned or controlled by me was NOT allowed to hear his or the companies side of any facts.

I ask that if this Court need us to place this in a proper Motion, it shall be done upon any CASE NUMBER, for said filing, also I was unable to file this with the Plaintiff.

Sincerely,

/s/Larry D. Sims
   CEO/Director



The United States District Court for the District of Colorado

| | |
|---|---|
| Richard Max Fleming, M.D., J.D.          ) | |
| )     | |
| Plaintiff,          ) | |
| )     | **Breach of Contract,** |
| v.          ) | |
| )     | **Fraud, and** |
| Larry D. Sims, Kate Lewis, Jeffery Sims,     ) | |
| Mary Lopez in their Individual and          ) | **Assault** |
| Official Capacities; LDS Financial Charter  ) | |
| Services Co ™ and BlactinoEntertainment.) | |
| )     | |
| Defendants          ) | |

## JURISDICTION

This Court has Federal Jurisdiction under 28 U.S.C. § 1332 – Diversity of citizenship, amount in controversy and costs. Defendants reside in and conduct business within Colorado. Plaintiff is a resident of the State of California. This Court has jurisdiction to hear such cases brought against defendants for Breach of Contract, Fraud and Assault, where the matter in controversy exceeds the sum or value of $75,000.

## STATEMENT OF THE CASE AND FACTS

In brief, defendants guaranteed a GRANT of $250,000 to plaintiff for licensing and promotion of breast cancer and heart disease patent (#9566037) AND a $3800 rental payment on June 29th (grant document signed and faxed back to LDS on Wednesday 28th) and confirmed in email to plaintiff on July 1st.

The defendants asked for plaintiffs banking account information so they could electronically submit the grant. The funds were to be electronically wired to plaintiffs account including payment of rental unit in addition to the GRANT. The



10th Judicial District Pueblo County

| | |
|---|---|
| Richard Max Fleming, M.D., J.D. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Larry D. Sims, Kate Lewis, Jeffery Sims, )<br>Mary Lopez in their Individual and )<br>Official Capacities; LDS Financial Charter )<br>Services Co ™ and BlactinoEntertainment.)<br>)<br>Defendants ) | **Breach of Contract,**<br><br>**Fraud, and**<br><br>**Assault** |

## JURISDICTION

Defendants reside in and conduct business within Pueblo, Colorado. This Court has jurisdiction to hear such cases brought against defendants for Breach of Contract, Fraud and Assault

## STATEMENT OF THE CASE AND FACTS

In brief, defendants guaranteed a GRANT of $250,000 to plaintiff for licensing and promotion of breast cancer and heart disease patent (#9566037) AND a $3800 rental payment on June 29th (grant document signed and faxed back to LDS on Wednesday 28th) and confirmed in email to plaintiff on July 1st.

The defendants asked for plaintiffs banking account information so they could electronically submit the grant. The funds were to be electronically wired to plaintiffs account including payment of rental unit in addition to the GRANT. The CEO, Mr. Larry D. Sims then reported there were power outages (see exhibits), which set them behind several days. Defendants asked for patience.



**Bladino Entertainment Co.**
1412 Lakeview Avenue
204
Pueblo, CO 81004
USA

DENVER CO 800
29 JUL 2017 PM 8 L

Alfred A. Arraj United States Courthouse
Office of the Clerk
901 19th Street, Room A105
Denver, CO 80294-3589
USA

80294-250151

URGENT - RUSH    LEGAL MAIL OPEN @ ONCE