**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

GPG

**F I L E D**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

Civil Action No.   1:17-cv-01827COC-CL,21 July 2017.doc

(To be supplied by the court)

AUG 3 – 2017

**JEFFREY P. COLWELL**
CLERK

Richard Max Fleming, M.D., J.D. _____ , Plaintiff,

v.

Larry D. Sims (In his individual and official capacity) _____ ,

Kate Lewis (In her individual and official capacity) _____ ,

Jeffery Sims (In his individual and official capacity) _____ ,

Mary Lopez (In hier individual and official capacity) _____ ,

LDS Financial Charter Services Co ™ _____ ,

BlactinoEntertainment _____ ,

_____ ,

_____ , Defendant(s).

(List each named defendant on a separate line.)

---

## COMPLAINT

---

(Rev. 07/06)

## PARTIES

1.      Plaintiff     Richard M. Fleming, M.D., J.D.     is a citizen of   Studio City, CA, USA

who presently resides at the following address: 4055 Lankershim Blvd, #422, Studio City, CA 91604

2.      Defendant    Larry D. Sims     is a citizen of   Pueblo, CO, USA

who live(s) at or is/are located at the following address:

1412 Lakeview Avenue, Suite 204, Pueblo, CO 81004

3.      Defendant    Kate Lewis     is a citizen of   Pueblo, CO, USA

who live(s) at or is/are located at the following address:

1412 Lakeview Avenue, Suite 204, Pueblo, CO 81004

4.      Defendant    Jeffery Sims     is a citizen of   Pueblo, CO, USA

who live(s) at or is/are located at the following address:

1412 Lakeview Avenue, Suite 204, Pueblo, CO 81004

5.      Defendant    Mary Lopez     is a citizen of   Pueblo, CO, USA

who live(s) at or is/are located at the following address:

1412 Lakeview Avenue, Suite 204, Pueblo, CO 81004

6.      Defendant    LDS Financial Charter Services Co ™     is a citizen of   Pueblo, CO, USA

who live(s) at or is/are located at the following address:

1412 Lakeview Avenue, Suite 204, Pueblo, CO 81004

7.      Defendant    BlactinoEntertainment     is a citizen of   Pueblo, CO, USA

who live(s) at or is/are located at the following address:

1412 Lakeview Avenue, Suite 204, Pueblo, CO 81004

(Attach a separate page, if necessary, to list additional parties.)

## JURISDICTION

4. Jurisdiction is asserted pursuant to following statutory authorities:

2

(Rev. 07/06)

This Court has Federal Jurisdiction under 28 U.S.C. § 1332 – Diversity of citizenship, amount in controversy and costs. Defendants reside in and conduct business within Colorado. Plaintiff is a resident of the State of California. This Court has jurisdiction to hear such cases brought against defendants for Breach of Contract, Fraud and Assault, where the matter in controversy exceeds the sum or value of $75,000.

_____

_____

_____

5.      Briefly state the background of your case:

<u>STATEMENT OF THE CASE AND FACTS</u>

In brief, defendants guaranteed a GRANT of $250,000 to plaintiff for licensing and promotion of breast cancer and heart disease patent (#9566037) AND a $3800 rental payment on June 29th (grant document signed and faxed back to LDS on Wednesday 28th) and confirmed in email to plaintiff on July 1st.

The defendants asked for plaintiffs banking account information so they could electronically submit the grant. The funds were to be electronically wired to plaintiffs account including payment of rental unit in addition to the GRANT. The CEO, Mr. Larry D. Sims then reported there were power outages (see exhibits), which set them behind several days. Defendants asked for patience.

Defendants then posted on their website (infra exhibits) that Larry Sims, brother of CEO Larry D. Sims was hospitalized. I confirmed that his brother Jeffrey Sims was taken to St. Mary-Corwin ER on the 7th of July but was never hospitalized. Plaintiff sent several faxes and emails to confirm the guarantee of the Grant and Rent and on each occasion was assured the error was on their end and not mine and the funds were GUARANTEED TO COME TO ME.  (see exhibits.)

After several email promises and faxes guaranteeing to submit the rental check directly to property manager (Deane Johnson in Studio City, CA), Denae and I both subsequently spoke with Mr. Larry D. Sims by telephone on Wednesday July 12th. Mr. Sims had in fact called the office to make certain his fax had arrived. Mr. Sims reported to the Plaintiff and Property Manager (Denae Johnson) that he was overnighting a check for $3800 for rent payment including late fees and would send the rest of the grant electronically the following week, but wanted to make certain the rent would be taken care of without delay to avoid eviction of plaintiff.

On Thursday July 13th, Ms. Johnson (Property Manager) sent another fax to Mr. Larry D. Sims inquiring as to the whereabouts of the rental payment check promised; having neither received the promised telephone call from Larry D. Sims, an email or fax with the tracking number for the rental check. Later that day Ms. Johnson received two different faxes from LDS; the first again guaranteeing overnight payment of the rent check if it had not been sent, again via overnight delivery. As instructed in the fax, Ms. Johnson responded back immediately with the total amount of rent payment due as well as a contact number for reaching her with any questions defendants might have. They did not call. A second fax was sent to Ms. Johnson, breaching the contract agreement of the Grant and Rent payment stating the defendants were unhappy with the Property Manager wanting the rent payment and not caring about the defendants. The second fax also stated that all agreements were being cancelled because Mr. Larry Sims had been in a coma for several days (despite Ms. Johnson and the plaintiff having spoken with Mr. Sims by telephone on the 12th). *Ms. Johnson was instructed to not inform the plaintiff of this.*

The second fax came from Mary Lopez and Jeffery R. Sims (see exhibits) stating that Jeffery Sims was now the Acting CEO for his hospitalized brother, Mr. Larry D. Sims, who reportedly was in the hospital in a coma and had been there for several days; the very same Larry D. Sims who had spoken with Ms. Johnson (Property Manager) and plaintiff by telephone the day before. Pursuant to the Medical Records departments and the E.R.s of Parkview and St. Mary Cowin Hospitals Mr. Larry D. Sims was not and had not been hospitalized for a coma or anything else. The defendants website for LDS and BlactionEntertainment also falsely stated the "CEO" had been hospitalized in a Coma, but was now doing just fine.

(Rev. 07/06)

Plaintiff and his son are now facing eviction for failure to pay rent after detrimentally, reasonably, and forseeably relying upon the guaranteed rental payment and GRANT. On Sunday, 16 July 2017, Jeffrey Sims informed plaintiff by email (3 days after notifying Property Manager) that defendants were upset because the Rental property manager only cared about the rent money, so defendants were not going to honor the grant and rent money. Plaintiff emailed "Jeffrey" back to let him know Larry and plaintiff had the agreement *__which I detrimentally, reasonably and forseeably relied upon__*. Defendants had already been aware of this and acted accordingly in the correspondences (see exhibits).

The $250,000 Grant and rental payment was agreed to verbally and then in writing on by Mr. Larry D. Sims and guaranteed by defendants (see exhibits). Mr. Larry D. Sims promoted himself as someone who wanted to help people, including members of the LGBTQ community who could be affected by Breast Cancer. Mr. Larry D. Sims stated he wanted to make a difference and present a positive face for the LGBTQ Community and especially help with the increased risk of African American women and minorities who might have breast cancer.

Now the patent (FMTVDM-patent #9566037) as well as plaintiffs living conditions are immediately at risk. Plaintiff has placed his concerns on the website "Ripoff Report" and defendants sent a fax to the rental office threatening plaintiff for posting the complaint.

Plaintiff has notified the Colorado Attorney Generals Office, the Pueblo County District Attorneys Office, the FBI (ic3.gov) and "Ripoff Report."

<u>BREACH OF CONTRACT</u>

The GRANT and RENTAL PAYMENT were freely and voluntarily offered by Mr. Larry D. Sims and guaranteed by defendants, with plaintiff accepting the GRANT and RENTAL PAYMENT. Consideration was established, along with mutuality, competency, capacity, a written agreement and multiple guarantees by defendants to the plaintiff and rental property manager.

## PROMISSORY ESTOPPEL

On more than one occasion, plaintiff clearly established that he detrimentally, reasonably, foreseeably relied upon the GRANT and RENTAL PAYMENT and it is clear from the record (exhibits) that defendant knew this.

In courts Restatement (Second) of Contracts (1981) § 90, a promise to give money to a charity is a classic example of promissory estoppel which will be enforced by a court when the charity makes expenditures or incurs obligations in reliance upon the promise. The promisor is estopped from denying the promise or raising technical legal defenses, such as no consideration or statute of frauds.

## SUFS AND MSJ

The Statement of Undisputed Facts support a Motion for Summary Judgment in this case to remedy plaintiff. The GRANT and RENTAL PAYMENT should be awarded immediately to avoid eviction of plaintiff and his son and to fulfill the patent to help women and men with possible Breast Cancer.

## FRAUD

The defendants intentionally mislead plaintiff and the rental property manager as to the health and condition of defendants Mr. Larry D. Sims and Mr. Jeffery Sims. Neither individual was ever hospitalized and there is no legal justification for Mr. Jeffery Sims to state he was the acting CEO for defendant organizations (LDS Financial Charter Services[TM] and BlactinoEntertainment) due to Mr. Larry D. Sims being hospitalized in a Coma, when this is a lie.

## ASSAULT

Following the posting of the "Ripoff Report", Mr. Larry D. Sims sent a fax to the property manager, "NOTICE OF INTENT" directed to the plaintiff. The actions were taken by plaintiff as the "act of intentionally and voluntarily causing of reasonable apprehension or an immediate harm." As is well understood, this does not require physical contact and it did produce it's "intentional" "apprehension" of a harm to plaintiff. Plaintiff believes this is cause for both civil and criminal action.

(Rev. 07/06)

See attached

7

(Rev. 07/06)

**AND SUPPORTING FACTUAL ALLEGATIONS**
(Please number your paragraphs and attach any necessary additional pages.)

See attached

(Rev. 07/06)

See attached

9

(Rev. 07/06)

**AND SUPPORTING FACTUAL ALLEGATIONS**
(Please number your paragraphs and attach any necessary additional pages.)

See attached

(Rev. 07/06)

See attached

(Rev. 07/06)

**AND SUPPORTING FACTUAL ALLEGATIONS**
(Please number your paragraphs and attach any necessary additional pages.)

See attached

(Rev. 07/06)

See attached

PP. 1 → 36

(Rev. 07/06)

17 July 2017

Colorado Attorney Generals Office
Attn: Cheryl & CO-AG Counsel
Attorney General Cynthia H. Hoffman
Colorado Department of Law
Ralph L. Carr Judicial Building
1300 Broadway, 10th Floor
Denver, CO 80203
Tele: (720) 508-6000
Fax:  (720) 508-6040

Dear Attorney General Cynthia H. Hoffman,

I am writing to ask you to investigate and remedy what appears to be Fraud
committed by LDS Financial Charter Services Co™ and BlactinoEntertainment
(which lists LDS as it's Financial Component). The following are addresses and
contact information that has been provided to myself from the following individuals:

*INDIVIDUALS:*
Larry D. Sims-CEO, Kate Lewis-VP, Jeffery Sims (who identifies himself as acting
CEO) and Mary Lopez (Dept. HR).

A Mr. Jack Markman (509) 240-1199 called my cell phone this morning to leave a
message for me to call him regarding all of this. At this time I am leaving it to you
and counsel.

*ADDRESSES:*
140 West 29th Street, Pueblo, CO 81008
1412 Lakeview Avenue, Suite 204, Pueblo, CO 81004

*EMAIL ADDRESSES:*
Blactino.entertainment2@aol.com
Corporateoffice@blactinoentertainmentco.com

*TELEPHONE NUMBERS:*
LDS: 719-564-5980; 888-564-5980; 719-299-9266; 719-251-9542; 719-696-3964
Jeffery Sims: 719-406-1925
BlactinEntertainment: 719-778-8435

*FAX NUMBERS:*
LDS: (719)-564-2552

In brief, the company LDS Financial Charter Services Co, associated with
BlactinoEntertainment, guaranteed a grant of $250,000 to myself (Dr. RM Fleming)



for licensing and promotion of breast cancer and heart disease patent (#9566037) on June 29th (grant document signed and faxed back to LDS on Wednesday 28th) and confirmed in email to me on July 1st.

They asked for my banking account information so they could electronically submit the grant. The funds were to be electronically wired to my account including payment of rental unit. The CEO, Mr. Larry Sims then reported there were power outages, which set them behind several days. They asked for patience.

They then posted that Larry Sims brother was hospitalized. I confirmed that his brother Jeffrey Sims was taken to St. Mary-Corwin ER on the 7th but was never hospitalized. I sent several faxes and emails to confirm the guarantee of the Grant and Rent and on each occasion was assured the error was on their end and not mine and the funds were GUARANTEED TO COME TO ME. (I am including said faxes and emails for your records.)

After several email promises to submit rental check directly to property manager (Deane Johnson in Studio City, CA), Denae and I both subsequently spoke with Mr. Larry D. Sims by telephone on Wednesday July 12th. Mr. Sims reported to both of us that he was overnighting a check for $3800 for rent payment and late fees and would send the rest of the grant electronically next week (which is this week now), so the rent could be taken care of without delay.

On Thursday July 13th, Denae (Property Manager) sent another fax to Mr. Larry D. Sims, having neither received the promised telephone call from Larry D. Sims, email nor fax with tracking number for the rental check. She later in the day received two different faxes from LDS; the first promising payment of the rent check via overnight delivery and the second breaching the contract agreement of the Grant and Rent payment. The second fax also said all agreements were being cancelled because Mr. Larry Sims had been in a coma for several days (despite Denae and my having spoken with him by telephone on the 12th) but for Denae to not inform me (Dr. Fleming) of this.

This second fax from Mary Lopez and Jeffery R. Sims (Acting CEO for Larry Sims who was never in a Coma or hospitalized from the Parkview and St. Mary Cowin Hospital Records) was clearly a fraudulent lie.

I (Dr. Fleming) am now being threatened with eviction for failure to pay rent. I detrimentally, reasonably, and forseeably relied upon this grant and rent payment from LDS and Larry D. Sims and the parties involved here. I am asking you to investigate and hold them criminally accountable. On Sunday, 16 July 2017, Jeffrey informed me by email that they were upset because the Rental property manager only cared about their money so they were not going to honor the grant and rent money. I emailed "Jeffrey" back to let him know Larry and I had the agreement ***which I detrimentally, reasonably and forseeably relied upon.***

This Grant was agreed to on behalf of someone (Mr. Larry D. Sims) who promoted himself to me as wanting to make a difference and being interested in presenting a positive face for the LGBTQ Community and the increased risk of African American women and minorities for breast cancer.

Now the patent (FMTVDM-patent #9566037) as well as my living conditions is at risk. I am asking the Colorado Attorney Generals office to investigate these individuals, this fraud and to provide financial compensation to myself and for people waiting for this test to correctly diagnose and monitor breast cancer treatment. I am also asking that they be found criminally guilty of fraud.

I look forward to hearing back from you.

Cordially,

Richard M. Fleming, M.D.
4055 Lankershim Blvd, #422
Studio City 91604
(818) 821-9576



# LDS Financial Charter Services Co (tm)

140 W 29th Street,349, Pueblo, CO 81008
719.564.5980  888.564.5980

June 28, 2017

Dear Mr. Richard M. Fleming

Greetings! We have been told that we had a RUSH JOB from Mr. L. D. Sims our CEO, concerning a grant in the amount of *$350,000.00 (USD)* to be direct deposit in the following account in a Bank of America(r), we need you to forward us that information by email or mail ONLY, you cannot fax this information to us.

Now, we need your last four of your SSI number  *7667*  , also, you MUST forward to the above address your complete D.O.B. within 30 days of the Grant, if approved by me. at the time we are told that we or I need to fast track this by July 1, by the close of business. Mr. L.D. Sims - CEO did inform me that you are a *doctor* in CA, please inform us what type of doctor, you are:  *Heart, Cancer*

_Under the act of perjury you state by your signature you are the said party listed in the said letter and you understand that under CA as well as State of Colorado Rules and Reg.s you may cancel this contract within three (3) days from the date of your signature below, if you give willing false information you are and MUST return with 15 days of LDS Financial Charter Services Co(tm) request by certified mail by USPS._

You, Must inform us if this is a personal grant. at which we are NOT allowed to DO! Yet, if a business Grant we can do this for you. but you MUST inform the IRS of the Grant, at which taxes may be required, that is your cost. not this company.

Thank You
/s/ Kate L.  VP/Finance/Sales

Scan 43.jpeg                                      https://mail.google.com/_/scs/mail-static/_/js/k=gmail.main.en.IEZ...

By your signature you AGREE that you and your company ___FHHI___
have fully READ any and all rules and reg.s of LDS Financial Charter Services Co(tm) __RnF__ you also agree
that "NO" funds from this company will be used for any illegal act, acts. action. and actions within or without the USA.
nor is this or any fund shall be used to help or assist any person(s) or company(ies). et al that are TERRORIST or
anyone or more to harm its citizen within or without the USA, if so you agree to pay back the company in full, plus
times ten (10). plus any and all court cost and fees.


/s/ Richard M. Fleming                          Dated on _28 June 2017_


/s/ Larry D. Sims - CEO                          dated on: _6/28/17_


() APPROVED     ()DISAPPROVED and
why?_____
_____
_____
_____



July 1, 2017

Hello Richard

Greetings! Now please understand we will get your issue under control and *LDS Financial Charter Services Co (tm)* will have your *GRANT* completed by Sunday, you are NOT out of my/our mind we are just trying to catch up on a lot of issues...if you feel you need to handle this matter a different way, please let us know by a return email addressed to either me, Larry or Ms. Kate L.. But if we don't here from you by *12 noon on Sunday* by email we shall assume that we need to continue this matter ASAP, and have your funds in your bank by *Monday which is July 3, 2017 by NOON your time or ours, your call.*

*Larry Sims - CEO*

*Ms. Kate L. VP of corporate finance*


July 2, 2017

*Hi Richard*

Have those at your complex contact us so that we or I can let them know the delays are our, NOT your and we did promise the GRANT to you, but due to the high wind and the power out, for well over *231/2 hours*, we are on a backlog, so the delays are ours again, NOT your...so please ask them to fax us the actual place to were we need to send the rent payment and we will have it to them so you are *NOT IN A HARD PLACE...due to us and the delays we have.*

You can have them contact us at *719-564-5980 or 719-299-9266, ask for either Larry or Kate,* one of us should be in this Monday. if not I will email you and I will let the prior rental company know of the delays, if any!?

*Larry Sims - CEO*

**URGENT KATE FROM LARRY NOW**
**(Please confirm ASAP)**

1 July 2017

LDS Financial Charter Services Co ™
140 W. 29th Street, 349
Pueblo, CO 81008
Tele: (719) 564-5980
Fax: (719) 564-2552

Dear Kate L.
VP/Finance/Sales

Kate, I received the email from Larry Sims, CEO. I wanted to let you know I received the email this morning at 8:16 am PST letting me know the grant will be deposited by today at 5 pm MST. PLEASE LET LARRY KNOW I RECEIVED HIS EMAIL.

Pursuant to the grant funding of $250,000 (USD) I am including the following banking information for direct deposit of the grant.

Bank: Bank of America
Name on Account: Richard M. Fleming
Account Number: 005010973193
Routing Number: 122400724 (electronic), or 026009593 (wires)

I am very grateful for the grant allowing us to help so many people. THANK YOU, THANK YOU, THANK YOU.

Cordially,

*Richard May Fleming, M.D.*

Richard M. Fleming, MD



**URGENT KATE FROM LARRY NOW**
**(Please confirm ASAP)**

LDS Financial Charter Services Co ™
140 W. 29th Street, 349
Pueblo, CO 81008
Tele: (719) 564-5980
Fax: (719) 564-2552

Dear Kate L.
VP/Finance/Sales

Pursuant to the grant funding of $250,000 (USD) I am including the following banking information for direct deposit of the grant.

Bank: Bank of America
Name on Account: Richard M. Fleming
Account Number: 005010973193
Routing Number: 122400724 (electronic), or 026009593 (wires)

I am very grateful for the grant allowing us to help so many people.

Cordially,

*Richard Max Fleming, MD.*

Richard M. Fleming, MD

**URGENT FOR KATE OR LARRY**
**(Please confirm ASAP)**

LDS Financial Charter Services Co ™
140 W. 29ᵗʰ Street, 349
Pueblo, CO 81008
Tele: (719) 564-5950
Fax: (719) 564-2552

Dear Kate L or Larry
VP/Finance/Sales

While the office is closed for the 4ᵗʰ of July Holiday,

Please submit by Express (Overnight) Mail the rent for Dr. Fleming – Unit #422 to

Denise Johnson, Property Management
Office
4055 Lankershim Blvd.
Studio City, CA 91604

Cordially,

Richard M. Fleming, MD



# iFAX

```
*************************************************
*                                               *
*        FAX TRANSMISSION REPORT                 *
*                                               *
*************************************************
```

To:                       +1 (719) 564-2552

Subject:

Status:                   Sent All Pages Ok

Pages Submitted:          2

Pages Sent:               2

Submit Time:              6 July, 2017, 09:04:44 PDT

Completion Time:          6 July, 2017, 09:05:44 PDT

Duration:                 1 minutes, 0 seconds

Transaction ID:           342655763



# Fax

| | |
|---|---|
| **To:** Jeffrey S, Kate L, Larry S. | **From:** Richard (LONG) |
| **FAX:** +1(719) 564-2552 | **Phone:** PHONE 821-9576 |
| Subject: | E-Mail: |
| **Date:** 06/07/2017 | **Pages:** |

Comments:

This is extremely URGENT. Please call them and submit the rental check for me and electronically transfer funds to Bank of America, account # 005010973193, routing # 122400724. Thank You!

✔ Urgent                  For Review

✔ Please Reply            Please Recycle

   Please Comment



ifaxapp.com

**URGENT FOR Jeffrey S., KATE L. OR LARRY**
**(Please confirm ASAP)**

LDS Financial Charter Services Co ™
140 W. 29th Street, 349
Pueblo, CO 81008
Tele: (719) 564-5980
Fax: (719) 564-2552

Dear Jeffrey S., Kate L or Larry,
VP/Finance/Sales

Here is the information you asked for. As you know, this is NOT a personal grant but a business grant. Please in Addition to submitting the grant electronically to the bank of America, submit rental payment directly to:

Please submit by Express (Overnight) Mail the rent **for Dr. Fleming – Unit #422** to

Denae Johnson, Property Management
Office
Windsor Communities,
Windsor Lofts at Universal City
4055 Lankershim Blvd,
Studio City, CA 91604
Tele (818) 655-0945
Fax (818) 655-0946

The banking information was already submitted by fax last week. Please let me know if you need anything further.

Cordially,

Richard M. Fleming, MD

*(12)*

**URGENT FOR Jeffrey S., KATE L. OR LARRY**
**(Please confirm ASAP)**

LDS Financial Charter Services Co ™
140 W. 29th Street, 349
Pueblo, CO 81008
Tele: (719) 564-5980
Fax: (719) 564-2552

Dear Jeffrey S., Kate L or Larry.
VP/Finance/Sales

Here is the information you asked for. As you know, this is NOT a personal grant but a business grant. Please in Addition to submitting the grant electronically to the bank of America, submit rental payment directly to:

Please submit by Express (Overnight) Mail the rent **for Dr. Fleming – Unit #422** to

Denae Johnson, Property Management Office
Windsor Communities,
Windsor Lofts at Universal City
4055 Lankershim Blvd,
Studio City, CA 91604
Tele (818) 655-0945
Fax (818) 655-0946

The banking information was already submitted by fax last week. Please let me know if you need anything further.

Cordially,

Richard M. Fleming, MD

**URGENT FOR Jeffrey S., KATE L. OR LARRY Sims
(Please confirm ASAP)**

7 July 2017

LDS Financial Charter Services Co ™
140 W. 29th Street, 349
Pueblo, CO 81008
Tele: (719) 564-5980
Fax: (719) 564-2552

Dear Jeffrey S., Kate L or Larry.
LDS Financial Charter Services Co.

Here is the information you asked for. As you know, this is NOT a personal grant but a business grant and from this the rental payment for July 2017.

Please submit by Express (Overnight) Mail the rent **for Dr. Fleming – Unit #422** to in the amount of **$3700.00** attention to:

Denae Johnson or Britney Carnell, Property Management Office
Windsor Communities,
Windsor Lofts at Universal City
4055 Lankershim Blvd,
Studio City, CA 91604
Tele (818) 655-0945
Fax (818) 655-0946

If you have any further questions, please contact me directly.

Respectfully,

Denae Johnson,
Property Manager
(818) 655-0945

7-1-17

**Account # URGENT FOR LARRY NOW**
**(Please confirm ASAP)**

LDS Financial Charter Services Co ™
140 W. 29th Street, 349
Pueblo, CO 81008
Tele: (719) 564-5980
Fax: (719) 564-2552

Dear Larry,

I'm so sorry to hear about your brother. I have worked at many VA Hospitals over the years and lost my own brother due to what I believe was exposure to insecticides. My sister is wheelchair bound after a motorcycle accident. She was admitted to a hospital in Colorado when I was in Medical School. Since no one else would help, I went after her and brought her home to our hospital. They were killing her there and would have succeeded had I not gotten her out.

If there is ANYTHING I can do to help or if you just need to talk, I am here for you.

I emailed the eviction notice they placed on my door last night. I know you are dealing with a lot. If you could please electronically transfer the Grant, or mail me a check, even if it's just part of that money, I would be so grateful.  The banking information is:

Bank:  Bank of America
Name on Account:  Richard M. Fleming
Account Number: 005010973193
Routing Number: 122400724 (electronic), or 026009593 (wires)

The Property Manager here is:  Denae Johnson, Windsor Communities, 4055 Lankershim Blvd., Studio City, CA 91604. (818) 655-0945 and Fax (818) 655-0946. $3700 when you add in penalties to me.

Again, I am so sorry about your brother. Let me know what I can do to help. Please help me by getting at least some of these funds to me.


Yours,

Richard M. Fleming, MD
4055 Lankershim Blvd, #422
Studio City, CA 91604

⑮

7·12·17

**Account # URGENT FOR LARRY NOW**
**(Please confirm ASAP)**

LDS Financial Charter Services Co ™
140 W. 29ᵗʰ Street, 349
Pueblo, CO 81008
Tele· (719) 564·5980
Fax (719) 564·2552

Dear Larry,

I'm so sorry to hear about your brother I have worked at many VA Hospitals over the years and lost my own brother due to what I believe was exposure to insecticides. My sister is wheelchair bound after a motorcycle accident. She was admitted to a hospital in Colorado when I was in Medical School. Since no one else would help, I went after her and brought her home to our hospital. They were killing her there and would have succeeded had I not gotten her out.

If there is ANYTHING I can do to help or if you just need to talk, I am here for you.

I emailed the eviction notice they placed on my door last night. I know you are dealing with a lot. If you could please electronically transfer the Grant, or mail me a check, even if it's just part of that money, I would be so grateful. The banking information is

Bank: Bank of America
Name on Account: Richard M. Fleming
Account Number: 005010973193
Routing Number: 122400724 (electronic), or 026009593 (wires)

The Property Manager here is. Denise Johnson, Windsor Communities, 4055 Lankershim Blvd., Studio City, CA 91604 (818) 655-0945 and Fax (818) 655-0945. $3700 when you add in penalties to me

Again, I am so sorry about your brother. Let me know what I can do to help. Please help me by getting at least some of these funds to me

Yours,

Richard M. Fleming, MD
4055 Lankershim Blvd. #422
Studio City, CA 91604



7-12-17

## THREE DAY NOTICE TO PAY RENT OR QUIT

**TO:** Richard Fleming
and all tenants, subtenants and any others in possession

**SUBJECT PREMISES:** 4055 Lankershim Blvd #422, Studio City, CA 91604

**NOTICE IS HEREBY GIVEN** that pursuant to the lease or rental agreement under which you hold possession of the above-referenced subject premises, there is now due and unpaid rent in the total amount of $3,399.00 enumerated as follows:

Rent for the period 7/1/2017 through 7/31/2017 in the amount of 3,399.00.

**WITHIN THREE (3) DAYS** after service of this notice upon you, you must pay the total amount of rent stated in this notice, or vacate and deliver possession of the subject premises to the undersigned.

If you fail to either to pay the amount of rent demanded in this notice or to vacate and deliver the subject premises to the undersigned within three days, legal proceedings will be commenced against you to declare a forfeiture of your lease agreement, to recover possession of the subject premises and to seek a money judgment for the rent demanded herein and damages for each day that you occupy the subject premises after the period(s) covered by this notice. Such a judgment against you may include attorney fees and costs as allowed by law or contract and statutory damages of up to $600.00. If you fail to fulfill the terms of your credit obligations, a negative credit report may be submitted to a credit reporting agency.

Further, if you fail to timely pay the amount demanded by this notice, the undersigned declares a forfeiture of the lease agreement under which you hold possession of the subject premises.

Payment must be made by CASHIER'S CHECK or MONEY ORDER ONLY, payable to "City View Lofts, LLC" and must be delivered to property manager Denae Johnson of Windsor Property Management Company at the on-site leasing office located at 4055 Lankershim Blvd, Studio City, CA 91604; Telephone number: 818.655.0945. He/she or another authorized representative will be available to accept payment Monday through Friday during the hours of 9 a.m. to 6 p.m., and Saturday between the hours of 10 a.m. and 5 p.m.

<u>LANDLORD</u>

City View Lofts, LLC.

By:    WINDSOR PROPERTY MANAGEMENT
COMPANY, its duly authorized agent

DATE: 7/10/17                          *Britney Darnell*
By: Britney Darnell, Assistant Property Manager



7-12-17

# PROOF OF SERVICE

I, the undersigned, declare that at the time of service, I was at least 18 years of age, and that I served the notice(s) indicated below:

XX   Three Day Notice to Pay Rent or Quit
___   Three Day Notice to Perform Covenant or Quit
___   Notice of Termination of Tenancy
___   Other: _____

On 07/10/2017, a copy of each of the above-described notice(s) was served on the following named parties in the manner set forth below:

      Resident Name(s): Richard Fleming
      Address: 4055 Lankershim Blvd #422, Studio City, CA 91604

___   PERSONAL SERVICE. A copy of the notice was personally delivered to one or more of the   above-named parties.

___   LEAVING AND MAILING. A copy of the notice was left with a person of suitable age and discretion at the residence or usual place of business of each of the above-named parties, each   being absent therefrom; and a copy of the notice was mailed to each of the above-named   parties   at   their   place   of residence.

_X_   POSTING AND MAILING. Because the parties' residence and business cannot be ascertained, or a person of suitable age or discretion there could not be found, I affixed a copy of the notice in a conspicuous place on the property and also sent a copy through the mail addressed to each the above-referenced parties at the place where the property is situated.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on __7/10/17__ (date) in __Studio City__ (city), California.

      Signature: _Britney Darnell_

      Print or Type Name: _Britney Darnell_

(18)

140 W 29th Street,349, Pueblo, CO 81008
719.564.5980 (F) 719.564.2552

July 12, 2017

Dear Denae Johnson, Property Management Office
Windsor Communities,
Windsor Lofts @ Universal City
4055 Lankershim Blvd.,
Studio City, CA 91604

Dear Sir/Madame

Greetings! Ms. Britney D. we at the above company, *LDS Financial Charter Services Co (tm)* are in much receipt of your URGENT concern letter concerning a Dr. R. Fleming, now as ORDERED by our CEO who is working from the Hosp. and have been in it since 7/9/2017...we apologize for the delays but we are working very FAST on this matter at hand...and we, nor anyone from this office is NOT eluding you or your office we are just doing our jobs as fast as we can...and its honestly NOT easy to say the least. *We have over 900,000 loan APPS TO GO OVER AND SAY DENIED, and we only been over just 287,500 of them, yet from our CEO he told me just yesterday that the RENT order for Dr. Fleming was looked at and okay(ed), at which I was not aware of until as I stated, on 7/11/2017 @ 7:30 pm (MST),* I was made fully aware of this fact. So I just ask if you please would give me until 8/18/2017 to complete this matter at hand and I will *GUARANTEE you the RENT PAYMENT "IN FULL""* plus any late fees/cost on our part . Now if you need to contact me/us at the numbers listed above, may I ask that you fax me/us at 718-564-2552 at anytime, concerning this matter...also let Dr. Fleming know of this and any correspondence between us, and your answer of either a YES or NO, to this matter, we have sent you copies of your THREE DAY NOTICE TO PAY RENT OR QUIT ORDER - we just are asking for some extra time past the "ORDER"... THANK YOU for your time and effort on this matter at hand...also our CEO is in the office for a short time, he is at the time released from the Hosp. to help on this matter at hand, and his Doctor told him if it get too much for him he NEEDS to come back to the Hosp. immediately without delays, and be re-admitted. so please all we are ASKING is you guy/girls work with us, please!

*/s/ Jeffery and Kate*

## THREE DAY NOTICE TO PAY RENT OR QUIT

**TO:** Richard Fielding
and all tenants, subtenants and all others in possession

**SUBJECT PREMISES:** 905 Lakeshore Blvd #424, Stateline City, CA 96xxx

**NOTICE IS HEREBY GIVEN** that pursuant to the lease or rental agreement under which you hold possession of the above-described subject premises, there is now due and unpaid rent in the total amount of $5,000.00, enumerated as follows:

Rent for the period 7/1/2017 through 7/31/2017 in the amount of $5,000.00.

**WITHIN THREE (3) DAYS** after service of this notice upon you, you are required to pay said rent in full, or to quit and deliver possession of the subject premises to the undersigned.

[illegible paragraphs]

**DATED:** [illegible]

City View Lake, LLC

By: [illegible]

The Managing Agent / Authorized Property Manager

## PROOF OF SERVICE

# URGENT FOR LARRY
## (Please confirm ASAP)

7.13-17

Mr. Larry D. Sims
LDS Financial Charter Services Co ™
140 W. 29th Street, 349
Pueblo, CO 81008
Tele: (719) 564-5980
Fax: (719) 564-2552

Dear Mr. Larry D. Sims,

Pursuant to our telephone conversation between you, myself and Dr. Fleming, you said you would be sending overnight a rental check for $3800 to cover Dr. Fleming's July rent. You also told me you would be sending a fax with the tracking number for me to track the payment. Dr. Fleming's rent payment NEEDS TO BE HERE TODAY. If anything has changed, please call me immediately at (818) 655-0945.

For Dr. Fleming – Unit #422.

Respectfully,


Denae Johnson, Property Management
Office
4055 Lankershim Blvd,
Studio City, CA 91604
Tele: (818) 655-0945
Fax: (818) 655-0946


Cc: Dr. Fleming

22

**URGENT FOR LARRY**
**(Please confirm ASAP)**                    7-13-17

Mr. Larry D. Sims
LDS Financial Charter Services Co ™
140 W. 29th Street, 349
Pueblo, CO 81008
Tele: (719) 564-5980
Fax: (719) 564-2552

Dear Mr. Larry D. Sims,

Pursuant to our telephone conversation between you, myself and Dr. Fleming, you said you would be sending overnight a rental check for $3800 to cover Dr. Fleming's July rent. You also told me you would be sending a fax with the tracking number for me to track the payment. Dr. Fleming's rent payment NEEDS TO BE HERE TODAY. If anything has changed, please call me immediately at (818) 655-0945.

For Dr. Fleming – Unit #422.

Respectfully,

Denae Johnson, Property Management Office
4055 Lankershim Blvd,
Studio City, CA 91604
Tele: (818) 655-0945
Fax: (818) 655-0946

Cc: Dr. Fleming

㉓



**Blactino Entertainmnt Co.(tm)**

1412 Lakeview Avenue,
Suite 204
Pueblo , CO 81004
Phone:719-546-5980 Fax: 719-
564-2552
E-Mail:
blactino.entertainment2@nol.
com

# fax

Date: July 13, 2017

Send To: Denae Johnson –
Property Manager

| | |
|---|---|
| Office Location: | Studio City, CA 91604 |
| From: | Mary Lopez  – DEPT. HR |
| Office Location: | Pueblo, CO 81004 |
| Phone Number: | 719-564-2552 |

Total Pages Including Cover:  2

Urgent [x]      Reply ASAP [x]      Please Comment [ ]      Please Review [ ]      For Your Information [ ]

Comments: Now, this office HAS received your URGENT message addressed to Larry, at this time he would be unable to address this or any matter, due to a serious car accident he was in, he or CEO is now in a COMA, and I as is this office is trying to retrace his action(s) so that we MAY complete them...Ms. D. Johnson, we are very sorry for any delays on our part, please work with us on this, if you are unable to do that please inform us immediately at 719-564-2552 our fax line or email us at the above email address, so listed, now Dr. Fleming is NOT aware of the situation, of the CEO, please DO NOT TELL him, look from the last record of Mr. L. Sims he was going to forward you a check, if so I will now do it, in the amount you two agreed on, please fax us back and let me, know of the cost and the late fees, if any...I plan to complete all matters by 4 pm (MST) or before the post office closes...if you have any questions for me please feel free to address them to me or Ms. Kate L.

THANK YOU for your time and effort on this matter

Mary Lopez Dept HR

*The total amount due to date is $3700.00 including Late fees & rent Balances*

*Denae Johnson   818. 655. 0945*



## Blactino
## Entertainmnt
## Co.(tm)

1412 Lakeview Avenue,
Suite 204
Pueblo , CO 81004
Phone:719-546-5980 Fax: 719-
564-2552
E-Mail:
blactino.entertainment2@aol.
com

**fax**

Date: July 13, 2017

Send To: Denae Johnson -
Property Manager

| | |
|---|---|
| Office Location: | Studio City, CA 91604 |
| From: | Mary Lopez  - DEPT. HR |
| Office Location: | Pueblo, CO 81004 |
| Phone Number: | 719-564-2552 |

Total Pages Including Cover: 2   )

Urgent  [x]     Reply ASAP  [x]     Please Comment  [ ]     Please Review  [ ]     For Your Information  [ ]

**Comments:** Now, this office HAS received your URGENT message addressed to Larry, at this time he would be unable to address this or any matter, due to a serious car accident he was in, he or CEO is now in a COMA, and I as is this office is trying to retrace his action(s) so that we MAY complete them...Ms. D. Johnson, we are very sorry for any delays on our part, please work with us on this, if you are unable to do that please inform us immediately at 719-564-2552 our fax line or email us at the above email address, so listed, now Dr. Fleming is NOT aware of the situation, of the CEO, please DO NOT TELL him, look from the last record of Mr. L. Sims he was going to forward you a check, if so I will now do it, in the amount you two agreed on, please fax us back and let me, know of the cost and the late fees, if any...I plan to complete all matters by 4 pm (MST) or before the post office closes...if you have any questions for me please feel free to address them to me or Ms. Kate L.


THANK YOU for your time and effort on this matter...I have received you FAX and it was very RUDE, you were told the FACTS of our CEO, and all you can think about is your money...fine since you feel that you have an AGREEMENT with Mr. Sims/CEO, upon his issue at hand I am in control and I have now CANCELLED the loan(s)/grant(s), et al, and any matter concerning that of you or Mr. Fleming had with this company...PLEASE understand DO NOT CONTACT THIS COMPANY, BLACTINO or any of its holdings again we are DONE - THANK YOU, FOR YOUR TIME!


Mary Lopez Dept. HR and Mr. Jeffery R. Sims (Brother). Acting CEO for that of Larry D. Sims, until he is well to proceed.

**EXTREMELY URGENT FOR LARRY NOW**
**(Please confirm ASAP)**

14 July 2017

LDS Financial Charter Services Co ™
140 W. 29th Street, 349
Pueblo, CO 81008
Tele: (719) 564-5980
Fax: (719) 564-2552

Dear Larry D. Sims,
VP/Finance/Sales

Good afternoon Larry.

I see from the website that you "are doing great!" I'm glad. I hope your brother is doing well too. I know this has been a stressful period of time for everyone. I was told by Denae yesterday that she had not received the rental check for $3800 and that someone acting on your behalf sent her a fax. Denae said the woman would be sending the check overnight yesterday. Unfortunately the rental office has not received it yet today.

I remember your telling me no one would be denying me the Grant of $250,000 or the rental payment because you were the CEO of LDS Financial Charter Services Co ™ and if they did, you would fire them.  Denae and I appreciated your talking with us on Wednesday the 12th of July, 2017 guaranteeing the rental payment and grant money transfer to my Bank account.

Pursuant to the grant funding of $250,000 (USD) I am again including the following banking information for direct deposit of the grant.

Bank:  Bank of America
Name on Account:  Richard M. Fleming
Account Number: 005010973193
Routing Number: 122400724 (electronic), or 026009593 (wires)

_Would you please check with your employees and see if they have sent the rental check of $3800 to Denae Johnson, Property Management Office, Windsor Lofts at Universal City, 4055 Lankershim Blvd, Studio City, CA 91604._

I am very grateful for the grant and rental payment, which will help so many people concerned with Breast Cancer. THANK YOU, THANK YOU, THANK YOU.

Cordially,

*Richard Max Fleming, M.D.*

Richard M. Fleming, MD

㉖

**EXTREMELY URGENT FOR LARRY NOW**
**(Please confirm ASAP)**

16 July 2017

LDS Financial Charter Services Co™
140 W. 29th Street, 349
Pueblo, CO 81008
Tele: (719) 564-5980
Fax: (719) 564-2552

Dear Larry D. Sims,
CEO LDS Financial Charter Service Co™

Good Morning Larry.

As you know, we have been waiting for the $250,000 (USD) grant to be electronically transferred to my bank account and for the $3800 rental payment to be received by Denae at *Denae Johnson, Property Management Office. Windsor Lofts at Universal City, 4055 Lankershim Blvd, Studio City, CA 91604* so I may move forward with helping women and men determine if they have breast cancer as well as monitor whether the treatment they receive is actually working. Again, the bank account for electronic transfer of the GRANT is:

Bank:  Bank of America
Name on Account:  Richard M. Fleming
Account Number: 005010973193
Routing Number: 122400724 (electronic), or 026009593 (wires)

This grant, which you approved on 30 June 2017 and guaranteed to me several times since, will most assuredly help so many people you know. **As you undoubtedly know, in the U.S. alone, black women with breast cancer have the highest mortality and it is the 2nd leading cause of death among black women. BOTH Latino women and Lesbian women are equal afflicted.** As a leader among the LGBTQ community, the LDS Financial Charter Services Co™ GRANT AND RENTAL PAYMENT is contributing to both the diagnosis and treatment monitoring of all these women *and men* in the LGBTQ Community.

Now that you are feeling better, **I am asking for you to help me by sending the grant and rent payment ASAP. So many people are counting on it and I can't help them without it.**

Cordially,

*Richard Max Fleming, M.D.*

Richard M. Fleming, MD

27

## Re: Guaranteed GRANT AND RENT Payment

RM F

**Sun 7/16/2017 9:22 PM**

To:CORPORATEOFFICE@BLACTINOENTERTAINMENTCO.COM <CORPORATEOFFICE@BLACTINOENTERTAINMENTCO.COM>;
blactino.entertainment2@aol.com <blactino.entertainment2@aol.com>;

CcRM F <rmfmd7@hotmail.com>;

Jeffrey,

Point of correction: guarantee of GRANT (not a loan) as stipulated in the documents and emails and promised a agreed to by Larry on June 30th 2017.

Dr. Fleming

Sent from my iPhone

On Jul 16, 2017, at 4:06 PM, RM F <rmfmd7@hotmail.com> wrote:

> Hello Jeffrey,
>
> Please have Larry contact me directly since as CEO it was his offer to me to provide me with the grant and rent.
>
> It isn't my fault if someone else was concerned but Larry and I had an agreement and several letters coming from LDS and Larry confirming the agreement of the loan and the guarantee of the rent.
>
> I did personally follow up with Larry and spoke with him Wednesday July 12th as did Denae. This is why she followed up when the rent payment didn't come in. Larry understood this grant for the breast cancer patent and all the help it could provide to everyone, especially the LGBTQ community. We detrimentally, reasonably and forseeably relied upon this.
>
> I am glad he is feeling better and so glad you are doing better following your hospital visit on the 7th.



I remain confident that having been no "reason" to punish me by withholding the grant and rent money, that Larry and LDS will follow through on their promises and contractual agreement.


Respectfully and appreciatively,


Dr. RM Fleming
FHHI

---

**From:** Blactino Entertainment <blactino.entertainment2@aol.com>
**Sent:** Sunday, July 16, 2017 2:15 PM
**To:** rmfmd7@hotmail.com
**Subject:** Re: Guaranteed GRANT AND RENT Payment

Hello Dr. Fleming

Greetings! My brothers was in the hospital and in a bad car accident, and when I told your so called landlords they where no interested in the fact that my family was HURT all they cared about was there rent money, SO I HAVE CANCELLED ANY AND ALL MATTERS YOU HAD WITH my brother before his accident and any and all matters concerning the grant/loan. Since LDS Financial Charter Services Company "NO" longer handle any business with the public you are now have to do your business somewhere else also Larry being out of the hospital did agree with me that you be removed as a model as well.

Jeffery Sims - CFO for the CEO


——Original Message——
From: RM F <rmfmd7@hotmail.com>
To: CORPORATEOFFICE <CORPORATEOFFICE@BLACTINOENTERTAINMENTCO.COM>; Blactino Entertainment <blactino.entertainment2@aol.com>; djohnson <djohnson@windsorcommunities.com>; RM F <rmfmd7@hotmail.com>
Sent: Sun, Jul 16, 2017 10:11 am
Subject: Fw: Guaranteed GRANT AND RENT Payment


Dear Larry,

I have submitted the fax to the new fax number now listed, which is 719-546-2552 instead of



Mail - rmfmd7@hotmail.com

https://outlook.live.com/owa/?path=/mail/inbox/rp

719-564-2552.

Dr. RM Fleming
FHHI

---

**From:** RM F <rmfmd7@hotmail.com>
**Sent:** Sunday, July 16, 2017 8:36 AM
**To:** CORPORATEOFFICE@BLACTINOENTERTAINMENTCO.COM; RM F; Blactino Entertainment;
djohnson@windsorcommunities.com
**Subject:** Guaranteed GRANT AND RENT Payment

Good Morning Larry,

I thought I would send this email directly to you to guarantee your receiving it.
I am also sending it to both of the emails listed to assure you receive it **and for your help in expediting
the transfer of the Grant and Rental Payments.**
I have also faxed it to you at (719) 564-2552.

Dr. RM Fleming
FHHI



**EXTREMELY URGENT FOR LARRY NOW**
**(Please confirm ASAP)**

17 July 2017

LDS Financial Charter Services Co™
140 W. 29th Street, 349
Pueblo, CO 81008
Tele: (719) 564-5980
Fax: (719) 564-2552

Dear Larry D. Sims,
CEO LDS Financial Charter Service Co™

Good Morning Larry.

I received an email from someone yesterday identifying himself as your brother Jeffery, regarding the GRANT and rent payment you and LDS guaranteed would be sent to me by the 1st of July 2017 and additionally guaranteed by Jeffery and Kate Lewis on July 12th 2017. He was unhappy with Denae's fax from the rental office asking where the rent check was for my unit. Denae understood that both you and your brother were having problems and was simply inquiring on the whereabouts of the check.  This is reasonable.

The GRANT and rent payment agreement was made on the 28th of June, with multiple **guarantees** since then by yourself and LDS that the Grant money would be electronically transferred and the rent paid. I'm happy both of you are doing better. Both Denae and I **spoke with you** by telephone last Wednesday 12 June 2017, when you assured both of us that the rent check would be sent out immediately and you would call Denae back with the tracking number. Having neither received the check or a phone call or fax from you with the tracking number, Denae simply sent a fax asking about the promised check. For all she knew, you could have sent the check and something happened to it. We could not possibly know. In the light of this day, please do not let anger or frustration cause harm to others.

There are so many people depending upon this Grant and rent payment. As we talked and as I have let you know, women who are African American and those in the LGBTQ community which you represent will benefit greatly from the Grant to aid in Breast Cancer diagnosis and treatment monitoring. I implore you to keep the contractual agreement to provide the $250,000 Grant and $3800 Rent payment for the sake of all those who will benefit. Being unhappy with someone faxing you and asking where a promised check is, is not a reason to breach a contract and Promise to me.

Please honor your agreement and contract and help expedite the Grant and Rent payment.

Respectfully,

*Richard May Fleming, M.D.*

Richard M. Fleming, MD

(30)

Mail - rmfmd7@hotmail.com

https://outlook.live.com/owa/?path=/mail/inbox/rp

## Re: New message via your website, from rmfmd7@hotmail.com

**Blactino Entertainment <blactino.entertainment2@aol.com>**

Mon 7/17/2017 8:46 AM

To:rmfmd7@hotmail.com <rmfmd7@hotmail.com>;

After our legal Department did take up your concerns about what you state "CONTRACTUAL PROMISE AND GUARANTEES..." we do "NOT" see this, Yes, you where told that you that we would GRANT you a grant, but the WORD or WORDS CONTRACTUAL PROMISE AND/OR GUARANTEES" were not in the form that was faxed to you and you signed...so if you feel we are incorrect please file within a court of law...and we WILL fight this, and win! Now, we had an issue with the CEO and at the time we needed you as will as others kind words all we heard was yours and your Landlord was very hateful and misplace, that is why we cancelled your grant, ask the Land lord to see the faxes we sent on this matter, and when Larry heard that he was hurt and dismayed for he thought you would feel for him, as you did me, but you did "NOT" so for that we decided to move forward and continue the "CANCEL".

Jeffery Sims - acting CEO for Larry Sims - CEO

——Original Message——
From: no-reply <no-reply@parastorage.com>
To: blactino.entertainment2 <blactino.entertainment2@aol.com>
Sent: Mon, Jul 17, 2017 8:48 am
Subject: New message via your website, from rmfmd7@hotmail.com

**You have a new message:**
Via: https://www.blactinoentertainmentco.com/

**Message Details:**

**Name** Dr. Fleming

**Email** rmfmd7@hotmail.com

**Phone** 818-821-9576

**Subject** Contractual Promise and Guarantees of Grant and Rent Payment

**Message** EXTREMELY URGENT FOR LARRY NOW (Please confirm ASAP) 17 July 2017 LDS Financial Charter Services Co™ 140 W. 29th Street, 349 Pueblo, CO 81008 Tele: (719) 564-5980 Fax: (719) 564-2552 Dear Larry D. Sims, CEO LDS Financial Charter Service Co™ Good Morning Larry. I received an email from someone yesterday identifying himself as your brother Jeffery, regarding the GRANT and rent payment you and LDS guaranteed would be sent to me by the 1st of July 2017 and additionally guaranteed by Jeffery and Kate Lewis on July 12th 2017. He was unhappy with Denae's fax from the rental office asking where the rent check was for my unit. Denae understood that both you and your brother were having problems and was simply inquiring on the whereabouts of the check. This is reasonable. The GRANT and rent payment agreement was made on the 28th of June, with multiple guarantees since then by yourself and LDS that the Grant money would be electronically transferred and the rent paid. I'm happy both of you are doing better. Both Denae and I spoke with you by telephone last Wednesday 12 June 2017, when you assured both of us that the rent check would be sent out immediately and you would call Denae back with the tracking number. Having neither received the check or a phone call or fax from you with the tracking number, Denae simply sent a fax asking about the promised check. For all she knew, you could have sent the check and something happened to it. We could not possibly know. In the light of this day, please do not let anger or frustration cause harm to others. There are so many people depending upon this Grant and rent payment. As we talked and as I have let you know, women who are African American and those in the LGBTQ community which you represent will benefit greatly from the Grant to aid in Breast Cancer diagnosis and treatment monitoring. I implore you to keep the contractual agreement to provide the $250,000 Grant and $3800 Rent payment for the sake of all those who will benefit. Being unhappy with someone faxing you and asking where a promised check is, is not a reason to breach a contract and Promise to me. Please honor your agreement and contract and help expedite the Grant and Rent payment. Respectfully, Richard M. Fleming, MD

7/17/17, 1:55 PM



Mail - rmfmd7@hotmail.com

https://outlook.live.com/owa/?path=/mail/inbox/rp

**Sent on:** 17 July, 2017

Thank you!

7/17/17, 1:55 PM

18 July 2017

Colorado Attorney Generals Office
Attn: Cheryl & CO-AG Counsel
Attorney General Cynthia H. Hoffman
Colorado Department of Law
Ralph L. Carr Judicial Building
1300 Broadway, 10th Floor
Denver, CO 80203
Tele: (720) 508-6000
Fax:  (720) 508-6040

Dear Attorney General Cynthia H. Hoffman,

This is a follow up to the LDS Financial Services Co™ and BlactinoEntertainment
(which lists LDS as it's Financial Component), which I faxed yesterday, 17 July 2017.

http://www.ripoffreport.com/reports/lds-financial-charter-services-co-tm/pueblo-
colorado-81008/lds-financial-charter-services-co-tm-blactinoentertainment-
promised-and-guaranteed-that-1386004

They have now threatened harm to me with the following fax just sent to me today.

I am asking you to add this to the investigations and charges against LDS Financial
Services Co ™ and BlactinoEntertainment (which lists LDS as it's Financial
Component).

Please feel free to contact me with any questions or need for further information.

Respectfully,

Richard Max Fleming, M.D.

Richard M. Fleming, M.D.
4055 Lankershim Blvd, #422
Studio City 91604
(818) 821-9576

34



# **Blactino**
## Entertainment Co

## FAX COVER UPDATE INFORMATION

**From Larry D. Sims – CEO of both LDS Financial Charter Services Company & Blactino Entertainment Company (tm)**

Fax # 719-546-2552

Subject: NOTICE OF INTENT, et al

To: Dr. Richard M. Fleming

Now, we recieved some disident NEWS that you wrote a SLANDEROUS REMARK and LIABLE REMARK about me and my company, if you did that we ask that you seek the advice of an attorney NOW...for we plan to sue you for everything you got...now I never guaranteed you anything, now I will tell you as any court of law I did tell you I will talk to Kate, about the matter...like any bank or financial company they can grant you one day and then cancel the next. But you think you can talk bad about my business "I DON'T THINK SO and stop sending us any faxes NOW".

/s/ Larry D. Sims – CEO

**1412 Lakeview Ave, 204, Pueblo, CO 81004  (719)415-7949  fax: (719)564-2552**

20 July 2017

**Paralegal Stacie Harris**
**District Attorneys Office**
**Pueblo, Colorado**
**Tele: (719) 583-6092**
**Fax: (719) 583-6666**

Re: Investigation and Victim Compensation for Breach of Contract and Possible Fraud and Threat to myself.

Dear Ms. Harris,

I spoke with Florence a few minutes ago, who was kind enough to give me your contact fax so I could send you the following material *__for your review to see how the District Attorney's Office can help and for Victims Compensation__*.

This material has been faxed to the Colorado Attorney Generals Office, however the address of the individuals (Mr. Larry D. Sims, LDS Financial Charter and BlactinoEntertainment as well as the other individuals listed) reside within Pueblo proper and the Sheriffs office directed me to the Pueblo Police Department. I was unable to reach the Pueblo Police, quite possibly due to their workload, as the telephone kept ringing when I was transferred to the appropriate individuals.

My efforts to obtain counsel there have been unsuccessful as none of the private attorneys contacted (Barton Enoch, Brenda Bartels, David Margave, Christine Samsel) have been willing to take Pro Bono or Contingency cases and the Colorado Bar Association doesn't have a list of Pro Bono attorneys. Additionally Colorado Legal Services told me they don't take these types of cases.

If you need any additional information, please do not hesitate to ask. The promised $250,000 grant and $3800 rent payment are well past due and there is either a *__Breach of Contract or Fraud (or both) doing on as well as the threat made to myself__* in the "NOTICE OF INTENT" fax sent to me via the rental property managers fax machine.

Respectfully,

*Thank you!*

*Richard Max Fleming, M.D.*

Richard M. Fleming, M.D.
4055 Lankershim Blvd, #422
Studio City 91604
(818) 821-9576

Plaintiff requests the following relief:

<u>DAMAGES AND EMERGENCY INJUNCTION</u>

Having intentionally breached the contract, plaintiff seeks the immediate remedy of the $250,00 GRANT and $3800

RENTAL PAYMENT and an Emergency Court Injunction to prevent eviction of plaintiff and his son. Plaintiff also

asks for the Court to award damages for Assault and any further damages the Court deems appropriate.

Date:  31 July 2017

(Plaintiff's Original Signature)

4055 Lankershim Blvd, #422

(Street Address)

Studio City, CA 91604

(City, State, ZIP)

818-821-9576

(Telephone Number)

14

(Rev. 07/06)