Case # 1:17-CV-01827
Fleming v. Sims, et al

To: Hon Judge (Clerk of Court)
From: Defendant Larry Sims

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO
AUG 18 2017
JEFFREY P. COLWELL
CLERK

### Note

Your Honor Clerk I am fully aware that I stated that this letter is "EX PARTE" but if this Court wishes to share it with the Plaintiff, the Court is "FREE" to do just that, and they may also make it a MOTION TO DISMISS. And I wish all a wonderful day, smile!

Larry Sims
Defendant

August 16, 2017

U.S. District Court
Office of the Clerk
Denver, CO  80294

Re: Case # 1:17-cv-01827

Dear Hon. Judge



Greetings! The Plaintiff in this case is making a few statements concerning that this COURT did help and assist him in the function of this case, if so that would be in direct violation of my right and fairness to this case at hand 1:17-cv-01327

Now the Plaintiff, clearly states that when this matter should have been DISMISSED, I see this at this time I am not happy, now a J.D. is a Juris Doctor, so he should know some legal matters, not a lot, but the assistance of this COURT is unfair to say the least...And why is this matter NOT dismiss as meritless, since one cannot proceed without me or other so-called Defendants NOT being served the full exhibits, at which we never got and for this court to allow the Plaintiff to cure this would be wrong...so we MOTION this court to DISMISS this matter in whole and order that this matter be Res judicata and collateral estoppel...since the Plaintiff to date have not proved his case nor could he since he was not employed, and he did trick the Defendant and since the Company, Blactino now owns LDS FINANCIAL, the nexus do not meet that Blactino was involved...the act(s) and action(s) of the Plaintiff, is that of a disgruntled party and the Plaintiff did willingly perjured himself to this court, see his prior pro se filing and his $100.00 in the bank, if he could not con the Defendant how was he and his kids to live and pay rent of $3,800.00 and his car is junky too, bull - THIS IS EX PARTE MOTION.



Sincerely,

Larry D. Sims
Defendant - CEO



August 16, 2017

U.S. District Court
Office of the Clerk
Denver, CO 80294



Re: Case # 1:17-cv-01827

Dear Hon. Judge

Greetings! The Plaintiff in this case is making a few statements concerning that this COURT did help and assist him in the function of this case, if so that would be in direct violation of my right and fairness to this case at hand 1:17-cv-01327

Now the Plaintiff clearly states that when this matter should have been DISMISSED, I see this at this time I am not happy, now a J.D is a Juris Doctor, so he should know some legal matters, not a lot, but the assistance of this COURT is unfair to say the least. And why is this matter NOT dismiss as meritless, since one cannot proceed without me or other so-called Defendants NOT being served the full exhibits, at which we never got and for this court to allow the Plaintiff to cure this would be wrong, so we MOTION this court to DISMISS this matter in whole and order that this matter be Res judicata and collateral estoppel, since the Plaintiff to date have not proved his case nor could he since he was not employed, and he did trick the Defendant and since the Company, Blactino now owns LDS FINANCIAL, the nexus do not meet that Blactino was involved, the act(s) and action(s) of the Plaintiff, is that of a disgruntled party and the Plaintiff did willingly perjured himself to this court, see his prior pro se filing and his $100.00 in the bank, if he could not con the Defendant how was he and his kids to live and pay rent of $3,800.00 and his car is junky too, bull - THIS IS EX PARTE MOTION



Sincerely,

Larry D. Sims
Defendant - CEO

Blastino Entertainment Co (Inc)
Pueblo, Co 81004
USA

Legal Document
Rush - Urgent

US District Court
Alfred A. Arraj Courthouse
901 19th Street
Denver, Co 80294
Attn: District Clerk