THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

```
FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
AUG 18 2017
JEFFREY P. COLWELL
                CLERK
```

Richard Max Fleming, M.D., J.D.        )
                                        )   Case # 1:17-cv-01827
        Plaintiff,                      )   MOTION TO REPLY TO ANY AND
                                        )   ALL MOTIONS FILED BY THE
v.                                      )   PLAINTIFF ALSO MOTION FOR
                                        )   SUMMARY JUDGMENT, ET AL
Larry D. Sims, Kate Lewis, Jeffery Sims, et al  )

        Defendants

Now, Plaintiff's action(s) are without any due relevants, as noted it was the Plaintiff who stated that we was a Doctor, yet all he has within a bank was a mere $100.00, this doesn't make since if you are poor are doing the work for the poor you most not only show this Court or any reasonable person(s) your act, acts, action and/or actions, to why you, being a doctor, yet you came to the Defendant as an ADULT MODEL, and you then ask him for money about a GRANT, being me the Defendant, Larry Sims...now Plaintiff did clearly state that the "AT-WILL AGREEMENT" has nothing to do with this case, sad to say it does, since it "IS" the function of the business so mentioned and all within the frame work MUST be adhereto by this and all courts...(1) the Plaintiff MUST show this and any reasonable person would just give one 1/2 million dollars, without ever a meeting or any collateral or promissory note, a signed and NONE approved contract is NOT enough?

Also Plaintiff have claimed to the Court that the act(s) or action(s) of the Defendant were both "VULGAR AND DISRESPECTFUL", now after the review of such the Defenant did not wish to disrespect the Court or use of what some feel is vulgar words, the same were used to express that the Plaintiff was using this court under the "STRIKE RULE", also the Defenant(s) of this case notice that Plaintiff is still at the so-called address he so claims that he was being evicted from and he was also allowed to fax numerous documents to the Defenants, at what cost...I/we the Defendants would like to know in written form why is he still there, if he claims harm, from notice I or we don't see it...he, the Plaintiff ask this Court to hold the Defenants in COMTEMPT OF COURT AND PERJURY, we demand that now the Plaintiff MUST prove to this Court such comtempt and perjury on the parts of the Defendant(s)

Now, Plaintiff is so FREE to ask that this Court hear him, why I know not! Also the Plaintiff seem to apologized to the Court for the just action(s) of the Defendant(s), now this Defendant has not, nor will he ever disrespect this or any Court, so the Plaintiff need not to Grand Slam, as noted the Plaintiff keep express that the AT-WILL AGREEMENT, has no place in this proceedings, sorry but they do, you first came to the Defendant, Larry Sims as a MODEL, and so you are under the rules of 18 USC 2257, et. seq. and any and all laws and Reg.s of any and all businesses within the State of Colorado and the nexus do meet.

Defendant, Larry Sims ASK THAT THIS COURT DISMISS THIS ACTION(S) IN WHOLE WITH RES JUDICATA AND COLLATERAL ESTOPPEL and any matters concerning the perjury charges the Court MUST address them at no time did this Defendant(s) ever willingly commit perjury, by federal they MUST answer any and all Motion, et al filed by the Plaintiff or the Court, and such was done without perjury or malice, in our/my minds or hearts.

Now, the Plaintiff also cite the Law of 18 USC 1621, I am having a very hard time trying to find this cite, but I shall say it is NOT just in this matter. And that the Court order the Plaintiff to copy any and all filings with this Court, including exhibits and that we be properly served, since he, the Plaintiff have tried to serve us by FAX, yet he delete some proper exhibits, we have the rights to see any and all exhibits, Also if he only has a mere $100.00 dollars it must be gone with all the faxing and his rent and lets not forget the $2.98 or more a gal. for gas...we DO NOT MAKE FUN OF THE PLAINTIFF just to show this Court that something is NOT right with this whole thing.

`Now, this was dated in Pueblo, Colorado on 15th August, 2017, by:

/s/Larry D. Sims
Defendant - CEO at Blactino(tm)
140 West 29th Street, 355
Pueblo, CO 81004

Cert. g Mailing

Was placed in the USPS first Class until by the Defendant, Larry mailed to the Plaintiff    8/15/17

Blacklind Entertainment Co (tm)
14,12 Lakeview Ave
Pueblo, Co 8,004

Legal Documents
Rush- Urgent

US District Courthouse
Alfred A. Arraj Courthouse
901 19th Street
Denver, Co 80294
Attn: Clerk of the Court

DENVER CO 802
16 AUG 2017 PM 3 L

FOREVER