IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:17-cv-01827COC-CL, 21 July 2017.doc

RICHARD MAX FLEMING, M.D., J.D.

    Plaintiff.

v.

LARRY D. SIMS, et al

    Defendants,

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 20 2017

JEFFREY P. COLWELL
CLERK

## MOTION

Now, The defendant acting as the paralegal for himself so state as in the first part, F.R.C.P 8(c), now YES, as the Defendant a number of claims were made against me, my family and two of my businesses...at which I will answer them...YES the Plaintiff may claim that I have "NO" just rights to act for my handicap VET brother or my two businesses.

Plaintiff DID NOT state a claim upon which relief can be granted...now at this time the Defendant, Larry D. Sims did talk to the Plaintiff about his concept, but was quashed since the Plaintiff came to him as a MODEL, not and investor...yes the Defendant, Larry D. Sims did forward the Plaintiff a FAX copy of an agreement under the understanding that the same MUST be APPROVED and he would forward any and all paperwork concerning this project he claimed, but HE, the Plaintiff never did he did forward the file number at which he was told that was not enough (#9566037).

Now, the Defendant at no time know of Defendants Mary Lopez or Kate Lewis, nor there addresses, yet at "NO" time was the plaintiff ORDERED to AMEND AND/OR SUPPLEMENT the pleading so now filed with this Court, it is no 11/11/2017. The Court MUST have CLEAN HANDS – since "NO" Breach of Contract, Fraud and/or Assault was ever met.

Now, on pg5 of the Complaint the Plaintiff claims He and His Family was hurt, to be hurt one would have to have a contract WE did "NOT" and I

never stated I would give Him or anyone money for a SO-CALLED GRANT for $250,000.00, or pay for his rent...if anyone was HURT it was me, since without a ruling the Plaintiff, did state matters to RIPOFF ( at which He is allowed to do, if the facts He is stating are TRUE), but the same was NOT true, the Plaintiff did such to HURT the Defendant, et al.

This alone the Motion for Summary Judgment should be granted.

Now, the issue of FRAUD, the Plaintiff was never misled since there was "NO" meeting of the minds or a change of hands that we at LDS Financial and Blactino would get something out of the GRANT, and not the FACT we were helping our community GLBTQ or minority, we are talking about a person, I nor anyone other than Him coming to us as a (adult) MODEL was going to just give him $250,000.00, plus pay his RENT, yet I have read His complaint and I have "NOT read, nor heard that any evidence to the FACT that I or my company with my written CONSENT issued a contract of approval and the amount so approved...the plaintiff should have this, and not any faxes without any signature(s).

I ask this Court to just ask the Plaintiff to produce this "NOW" within ten (10) days of this Motion.

Plaintiff, Richard M. Fleming stated to this Court that we commented ASSAULT, see page 9 of the Complaint, now from my knowledge of the laws one is allowed to sent a NOTICE OF INTENT, this was NOT any type of assault, the Plaintiff is a JD and is unsure about what is and is not and ASSAULT, no harm was ever made by the Defendants, et al, nor was the intentional or apprehension to harm or hurt the Plaintiff, Richard M. Fleming or his family or friends mentioned in this case at hand or not.

Also this, Plaintiff claimed he had only $100.00 in his bank account, that was when He filed as PRO-SE and the right to file for FREE, yet I understand that this Court or any Court is very busy that it cannot check all filings, yet all that I ask that the Plaintiff produce a recent BANK STATEMENT, from his acting bank and signed by it CEO or CFO, letting this Court that such is true and a copy of the Plaintiff Lease and the way He is paying His rent, also a true copy of His most recent Phone bill and how its paid, and at all times by whom is such paid within or without the State of CA, et al

CERTIFICATE OF MAILING

I, LARRY D. SIMS Defendant, et al that on Nov. 13, 2017 did mail a true copy of the following MOTION to the US DISTRICT COURT CLERK - Denver, CO on this case and the US SUPREME COURT and the Plaintiff Richard M. Fleming at His so listed address, as on file with this Court (as last known

address). If this Court and or the Plaintiff need to contact the Defendant they are so FREE to do so at, 1412 Lakeview Avenue, 204, Pueblo, CO 81004

/s/Larry D. Sims – Defendants, et al
   CEO – Blactino Entertainment Company
   1412 Lakeview Avenue, 204
   Pueblo, CO 81004

Larry D. Sims - CEO
Blactino Entertainment Company™
1412 Lakeview Avenue, 204
Pueblo, CO 81004

DENVER CO 802
15 NOV 2017 PM 7

US District Court
Attn: Clerk Office
901-19th Street, Room A105
Denver, CO 80294-3589

LEGAL MAIL      RUSH – URGENT
DO NOT DELAY

80294-250151