


**Entertainment Co**

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
NOV 24 2017
JEFFREY P. COLWELL
CLERK

**United States District Court**
**Office of the Clerk**
**901-19th Street, Room A105**
**Denver, CO 80294-3589**

**November 21, 2017**

**Re Case 1: 17-cv-01827-WJM - STV, Letter in EX PARTE, no documents attached, nor sent to the Plaintiff until reply by this Court.**

**Dear Hon. Judge MJM**

**Now I did file a proper Motion to this court concerning this case and all issues at hand, yet the MOTION was just called a MOTION, under FRCP 55(a), now no RESPONSIVE motion file concerning the last Court ORDER on 10/30/2017, if we did file said MOTION we ask for a copy and that, at which I am very confused at one time I did not reply, at which I did in a timely matter, an was delivered to this Court once place in the USPS, now I hope this Court and its Judges can see fixed that this ISSUE(S) be so handled and that I de so allowed to FILE said REPLY to this Court on the so matters as ordered, also this Court MUST know that at some time I get the mail as address and at times I do NOT, it is not just your address but numerous addresses, some from Business Associates and Family. so please bear with me and my business so I can fix the matter at hand, Thank you!**

**1412 Lakeview Ave, 204, Pueblo, CO 81004 (719)415-7949 fax: (719)564-2552**

1:17 - cv- 01827-WJM-STV
Fleming v. Sims, et al
11/21/2017

Sincerly yours,



/s/Larry D. Sims, et al

Now for this Court's record/file concerning this case/civil action, now yes, this is an EX PARTE Letter, at which the Plaintiff need not be made aware, but I felt that by doing so is not fair to this Court, nor the Plaintiff so a TRUE copy of this EX PARTE LETTER was forward to the Plaintiff on 11/21/2017 @ 9:45 am from Pueblo, CO 81004, First class mail placed in the USPS mailing station, such was addressed to Richard m. Flemings in Sudio City, CA

## Other Events

1:17-cv-01827-WJM-STV
Fleming v. Sims et al

ALLMTN,JD1,MJ CIV PP

U.S. District Court

District of Colorado

## Notice of Electronic Filing

The following transaction was entered on 11/17/2017 at 2:07 PM MST and filed on 11/17/2017

**Case Name:** Fleming v. Sims et al
**Case Number:** 1:17-cv-01827-WJM-STV
**Filer:** Larry D. Sims
Larry (I) D. Sims
**Document Number:** 83(No document attached)

**Docket Text:**
**CLERK'S NOTE REGARDING DEFAULT Default will not be entered as to Larry D. Sims, Larry (I) D. Sims re [82] Second MOTION for Entry of Default as to *Defendant Larry D. Sims, whose filing did not constitute a responsive pleading pursuant to FRCP and Court Order. Defendant LD Sims has failed to file a responsive pleading. Plaintiff moves for entry of defaul as a responsive pleading has been filed, by Clerk. Text Only Entry (angar, )***

***1:17-cv-01827-WJM-STV Notice has been electronically mailed to:***

*Richard Max Fleming* *rmfmd7@yahoo.com*

***1:17-cv-01827-WJM-STV Notice has been mailed by the filer to:***

*Larry D. Sims*
*Blactino Entertainment Co.*
*1412 Lakeview Avenue 204*
*Pueblo, CO 81004*

*Larry (I) D. Sims*
*Blactino Entertainment Co.*
*1412 Lakeview Avenue 204*
*Pueblo, CO 81004*



**Other Events**
1:17-cv-01827-WJM-STV
Fleming v. Sims et al

ALLMTN,JD1,MJ CV PP

COPY

**U.S. District Court**

**District of Colorado**

**Notice of Electronic Filing**

The following transaction was entered on 11/17/2017 at 10:25 AM MST and filed on 11/17/2017

**Case Name:** Fleming v. Sims et al
**Case Number:** 1:17-cv-01827-WJM-STV
**Filer:** Larry D. Sims
Larry (I) D. Sims
**Document Number:** 31(No document attached)

**Docket Text:**
**CLERK'S NOTE REGARDING DEFAULT Default will not be entered as to Larry D. Sims, Larry (I) D. Sims re [80] First MOTION for Entry of Default as to *defendant Larry D. Sims; Clerk Default under Local Rules and FRCP 55(a)* as: a responsive pleading has been filed at [60] on 10/30/2017 by Larry D. Simms, by Clerk. Text Only Entry (angar, )**

**1:17-cv-01827-WJM-STV Notice has been electronically mailed to:**

Richard Max Fleming rmfmd7@yahoo.com

**1:17-cv-01827-WJM-STV Notice has been mailed by the filer to:**

Larry D. Sims
Blactino Entertainment Co.
1412 Lakeview Avenue 204
Pueblo, CO 81004

Larry (I) D. Sims
Blactino Entertainment Co.
1412 Lakeview Avenue 204
Pueblo, CO 81004

Larry D. Sims, et al
Blactino Entertainment Company ™
1412 Lakeview Avenue, 204
Pueblo, CO 81004

DENVER CO 802
22 NOV 2017 PM 4 1



**U.S. District Court**
**Clerk of the Court**
**901-19th Street, Room A105**
**Denver, CO 80294-3589**

**LEGAL MAIL - OPEN @ ONCE**

80294-250151

Mailed on 11/21/17
@ 9:45AM