

# Blactino
## Entertainment Co

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 28 2017

JEFFREY P. COLWELL
CLERK

Office of the Clerk
United States District Court
901-19th Street, Room A105
Denver, CO 80294-3589

November 25, 2017

Re: Update Information on me, et al concerning case 1:17-cv-01827-WJM-STV

Dear Office of the Clerk

Greetings! You have me listed with a disadvantage that I was anger, YES at first I was, when someone came under the falsehood of being an actor, later to find out that person is a Doctor, et al and I entered into a legal contract with said person, which was not TRUE, but that is another story. "NO" I am not anger, just upset that this is going on.

Also, our email address is blactino.entertainment2@aol.com and our website is www.blactinoentertainmentcompany.com, please correct any and all records or let us now we need to FILE a MOTION w/ the Court to correct this and the Plaintiff DO NOT HAVE A COPY OF THIS LETTER, this letter is EX PARTE in nature!

/s/ Larry D. Sims

1412 Lakeview Ave, 204, Pueblo, CO 81004   (719)415-7949   fax: (719)564-2552

Blasting Entertainment Co
412 Lakeview Avenue Coy
Pueblo, Co 81004

Rush- Urgent
LEGAL

Office of the Clerk
U.S. District Court
901-19th Street Room A105
Denver, Co 80294-3589

DENVER CO 802
27 NOV 2017 PM 2 L

80294-250151