The United States District Court
for the District of Colorado

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 21 2017

JEFFREY P. COLWELL
CLERK

Richard Max Fleming, M.D., J.D          )
                                        ) Case No. 1:17-cv-01827
            Plaintiff,                  )
                                        )
v.                                      ) MOTION TO AMENDED ANSWER AS ORDERED
                                        ) BY THE COURT
                                        )
Larry D. Sims, et al                    )
                                        )
            Defendants                  )

As **ORDERED** by the Court, said Defendants Sims, et al to Answer the said Complaint, so state as follows:

### STATEMENT OF THE ANSWERS AND THE FACTS

Now the **Plaintiff Richard Max Fleming** did swore to this Court, that I guaranteed him a $250,000.00 (USD) GRANT, Now this Court MUST understand that said Plaintiff did present himself as an Adult Entertainment Model/Actor which was his idea to sell the facts of scamming said **Defendants Blactino Entertainment Company and LDS Financial Charter Services Company and Larry D. Sims, at "NO TIME"** did I swear any **GRANT** in that amount, nor did I or the companies ever agreed to pay anyone **RENT**.

From my records a conversation was done and a letter was sent with my actual signature - **BUT WAS NEVER APPROVED. And at "NO TIME" did I every send anything?**

**NOW THE MATTERS OF THE DEFENDANTS KATE LEWIS OR MARY LOPEZ** and the faxes, I as the acting CEO and owner of the both companies, **Blactino Entertainment Company** and **LDS Financial Charter Services Company,** *DO NOT KNOW OF either this Kate Lewis or a Mary Lopez,* and they at no time have ever worked for me or the so mentioned companies in the Complaint ... at "NO TIME" did I ever ask him or anyone for the financial information or banking information, this **"IS NOT COMPANY POLICY(IES)"**!

The **BREACH OF CONTRACT** to have a contract there MUST be some form of consideration, a meeting of the minds, and a commitment, and actual CONTRACT would be great with my **ACTUAL SIGNATURE,** as well? At "NO TIME" have I, the Defendants, Larry D. Sims, et al at "NO TIME" ever entered into any legal CONTRACT with the Plaintiff on this matter...and since the actions sought by the Plaintiff would NEVER be sought since we were looking for **ADULT ENTERTAINMENT MODELS,** not investments or to give anyone funds in the amount of $250,000 or pay for someone

Now, Defendant(s) Larry D. Sims, et al noted **DO NOT** have any valid contract with the Plaintiff concerning a **GRANT** or **RENT payment(s), due him or others, if such evidence is so than the Plaintiff** can and will provide this Court, a TRUE copy of any signed valid contract, under contractual laws.

Also, Defendant(s) Larry D. Sims, et al have not committed ANY such **assault(s)** of any kind(s) directly or indirectly toward that of the Plaintiff or any of his witnesses, if any, so noted with this Court, now the Plaintiff noted to the Court in a document that the Defendant(s) Larry D. Sims, et al did cause him to loss weight, such is NOT the direct action of that of the Defendant(s) Larry D. Sims, et al, if the Plaintiff lost any weight that is the act(s), action(s) or inaction(s) of the Plaintiff...and **DO NOT** hit the level of any state or federally cause assault... at this time I MUST say this act(s), action(s) or inaction(s) is **FALSE** and untrue.

So, this Court have ask that such be answered by us or me and at this TIME, I am at a lost since I to this DATE cannot see any type or form of what one would call or considered any type of assault on and against someone, to claim that is a very serious action...that if true is both wrong and evil, but at "NO TIME" has the Plaintiff noted what assault occurred and at what level of harm or harms, any ACTION(S) shall be that of this Court, since the Defendant(s) Larry D. Sims, et al are "NOT" able to call this, if we did we would ask that this part be **REMOVED** from the Complaint by **AMENDMENT** by the Plaintiff within 10 to 30 days and **ORDERED by the Court**.

*As in the Original Complaint the Plaintiff so claim that the Defendant(s) Larry D. Sims, et al intentionally mislead the Plaintiff, et al (as noted if no actual Contract...such act(s), action(s) or inaction(s) have "NO" legal justification and MUST be so dismissed by this Court) - Now Plaintiff have so attached a number of FAXES, but to date "NO" Contract of Approved GRANT PAYMENT(S) or any agreement of any RENT considerations by the Defendant(s) larry D. Sims, et al...so under the Statue of FRAUD it is the actual proof of that of the Plaintiff to show this Court that this and the Action(s) of the Defendant(s) Larry D. Sims, et al did without any reason(s) did cause such injury(ies), and said Plaintiff have "NOT" done this.*

Also, Defendant Larry D. Sims at "NO TIME" ever called or faxed the Plaintiff that he or anyone so named in this Complaint, that he, as CEO knows was ever hospitalized or his or anyone was in a COMA, as noted, so one can "NOT" lie if he never did the act(s) or action(s), so noted in the Complaint and a few Motions by Plaintiff.

Now the Defendant(s) Larry D. Sims, et al ask this Court to ADDRESS each any every so mentioned

Motion(s) of the Plaintiff, and any such filing of the acting and SERVED Defendants Larry D. Sims, et al.

As so ORDERED by this Court we the Defendant(s) Larry D. Sims hope we have answered this Court questionss concerning this Actions in front of the Court.

Also a True and Correct copy of the same was mailed to the Plaintiff - UNDER the CERT. OF MAILING/SERVICE the same was placed in the USPS mailbox, by first class mail/postage, et al sent to the following on December 16, 2017, form Pueblo, CO 81004.

US District Court
Office of the Clerk
901 19th Street, Room A105
Denver, CO 80294-3589

Richard M. Fleming
4055 Lankershim Blvd., 422
Studio City, CA 91604

Under the Penalty of perjury the matters in this and any and ll Motions filed by the Defendant(s) Larry D. Sims, et al are TRUE and Correct. And signed by:

/s/Larry D. Sims - Pro-se-Defenant-CEO
   Blactino Entertainment Company(tm)
   1412 Lakeview Avenue, 204
   Pueblo, CO 81004



Blactino Entertainment Co.
1412 Lakeview Ave 204
Pueblo, CO 81004

**Legal Mail**
**RUSH-Urgent**

Office of the Clerk
United States District Court
901-19th Street Room A105
Denver, Co 80294-3589



U.S. POSTAGE PAID
PUEBLO, CO
81005
DEC 16 '17
AMOUNT
$0.98
R2303S101612-17

Happy Holidays