# LDS Financial Charter Services Co (tm)

140 W 29th Street, 349, Pueblo, CO 81008
719.564.5980  888.564.5980

United States District Court/Colorado
Office of the Clerk
901 - 19th Street, Room A105
Denver, CO 80294-3589

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 16 2018

JEFFREY P. COLWELL
CLERK

Jan 11, 2018

Re: Ex Parte Letter with attachments on civil case 1:17-cv-01827 - Plaintiff is causing deliberate harmful act(s), action(s) and/or inaction(s) due to his direct action(s), et al

Dear Hon. Mist. Judge/Judge

Greetings! I am writing in some what very upset concerning a pending action, that has yet to be heard by this Court, now the Plaintiff has the RIGHTS to state anything he wish on and against me or the companies, if such act(s) or action(s) are true and correct and are not untrue and baseless, as that what is attached...now without any stated proof or paperwork stated to this company on Social Media, that the nation is or has seen, now Mr. Fleming clearly states that I did guaranteed him a loan for 250K, this is NOT a FACT, its and out right LIE to this company YSCAM.COM

He also stated that I or my companies was going to pay his RENT, again not a FACT...he makes a few claims, but I or anyone from this company "NO" not of any persons that talked to him (Fleming's) or the property manager, Also he claims he has copies , so I must assume he has a written agreement signed by me ACTUALLY approving such action(s)...he can write everyone about something that never happened and he claim he SUFFERS, I will not talk with him due to this type of LIES and NON-FACTS on his part. He claim his rights, and mine since under US Const'nal I have the RIGHTS to face those that bring legal action against me and those who work for me, under contract of 1099's.. This court has been fair to the both of us...now if I contact him prior to any Court hearing I ask that He make the call in a set CA District Court House, in his area, and he provide this Court and me the actual contact information prior to the upcoming Court date of 1/16/2018, I will be there.

I ask this Court for a short ORDER demanding that he remove any and all Social Media post concerning me or the

U.S. District Court
Office of the Clerk
Case # 1:17 - cv-01827
Jan 11, 2018

Defendant(s), et al, real oenot, served or not! Now in the said attached letter dated on July 17, 2017, Plaintiff Fleming's claim that he is (in his own words) been placed under some form of stress of eviction, yet to this day he and his still live there either RENT FREE or some form of arrangement unknown to me or this Court.

So for eight (80 months he has been living rent FREE for over seven (7) months @ $3,000.00/Mo. Unless he can show this Court some form of PROOF of this, prior to the filings, such as a written contract signed by me or anyone in charge, that is not a lie or non-factual. Also, the mailing address is 1412 lakeview Avenue, 204, Pueblo, CO 81004., now the 140 address is also our correct address as well, but I am at the 1412 address, so any mail going to the 140 address today will not get to me and WILL be returned to Sender - ASAP!

AS NOTED THANK YOU FOR YOUR TIME AND EFFORT ON THIS MATTER AT HAND.

Sincerely,

/s/Larry Sims - Manager - Defendant, et al
Blactino Entertainment Company (tm)
1412 Lakeview Avenue 204
Pueblo, Colorado 81004

719-415-7949 (B)

See attached letter

> Your voice has a chance to be heard now! yscam.com - we bring changes together.

REPORT SCAM

# LDS Financial Charter Services Company

☆☆☆☆☆

Created: Jul 15, 2017

Like 0     Tweet



| | |
|---|---|
| **Country** | United States |
| **State** | Colorado |
| **City** | Pueblo |
| **Address** | 1412 Lakeview Ave #204 |
| **Phone** | 719-564-5980 |

## LDS Financial Charter Services Company Reviews

Jul 17, 2017 ★☆☆☆☆

The company LDS Financial Charter Services Co, associated with BlactinoEntertainment, guaranteed a loan of $250,000 to myself (Dr. RM Fleming) for licensing and promotion of breast cancer and heart disease patent (#9566037) on June 29th and confirmed in email on July 1st. They asked for my banking account information so they could electronically submit the grant. The funds were to be electronically wired to my account including payment of rental unit. The CEO, Mr. Larry Sims then reported there were power outages, which set them behind several days. They asked for patience. They then posted that Larry Sims brother was hospitalized. His brother Jeffrey Sims was taken to St. Mary-Corwins ER on the 7th but was never hospitalized.

After several email promises to submit rental check directly to property manager (Deane J. in Studio City, CA), Denae and I both spoke with Mr. Larry D. Sims by telephone on Wednesday July 12th.

Mr. Sims reported to both of us that he was overnighting a check for $3800 for rent payment and would send the rest of the grant electronically next week, so the rent could be taken care of without delay. Yesterday, Thursday July 13th, Denae sent another fax. She received two from LDS. The first said they would send a check overnight. The second said all agreements were being cancelled because Mr. Sims had been in a coma for several days. Mr. Sims had spoken with us the day before so Mary Lopez (Dept. HR) lied when she said that she and Mr. Jeffery R. Sims (Brother) were acting as CEO until Larry D. Sims got well. (We have this fax.) This second fax also instructed Ms. Denae Johnson (Property Manager) to not tell me (Dr. Fleming).

I am now being threatened in eviction for failure to pay rent. I detrimentally, reasonably, and forseeably relied upon this grant and rent payment. I am asking you to investigate and hold them criminally accountable. Today, Sunday 16 July 2017, Jeffrey told me they were upset because the Rental property manager only cared about their money so they were not going to honor the grant and rent money. I emailed "Jeffrey" back to let him know Larry and I had the agreement which I detrimentally, reasonably and forseeably relied upon. Copies of everything available.

**Post Reply**   Mark as Useful

# Write a Review about LDS Financial Charter Services Company

Review Title:

Your Rating (1 star is bad, 5 stars is good):

☆ ☆ ☆ ☆ ☆

Review Details

Security Code:

eByL

Your email address (optional):

[ Submit Review ]

Contact us | Terms of Use | © yscam.com

