

Civil Case # 1:17-cv-01827-WJM-STV
Fleming v. Sims, et al

EX PARTE LETTER TO THE COURT ON THE ENCLOSED, TE AL ISSUES and MORE!?

February 13, 2018

Dear Hon. Magistrate Judge S. T. Varholak

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 23 2018

JEFFREY P. COLWELL
CLERK

Greetings! I write this Court a Letter in EX PARTE ~~concerning the~~ inaction(s) of the Plaintiff, as the Defendant in this action of the Plaintiff, I feel I have followed the letter of the laws and rules of this Court, at times I have seen disappointments and the fairness of the Courts, both ways I see at times they and this Court has been JUST and fair, but at time not so!

Now as this Court can see with the actual unopened letter addressed to the Plaintiff was returned to me by the USPS today on 02/12/2018 ( this is the fifth (5th) time this has happen, most time I just TRASH them, this time I didn't I feel you need to see this

    I. The letter is/was addressed to the Plaintiff at the so listed address he gave to the Courts...and "NO" Motion was ever filed to correct any errors, yet if the Plaintiff is allowed to file said MOTION such is of prejudice and is NOT just, since HARM is so done to me the Defendant.!

    II. That, prior to this issue(s) at hand the Plaintiff claimed to this Court that he is POOR, if poor how does a poor person afford to pay for copies of long MOTIONS and priority mail of the USPS and pay RENT of $3,000.00/mo...at which he filed he ONLY had a mere $100.00 in the bank that was over seven (7) months ago...to this date this Court has NOT addressed this matter at hand and he is a MD and a JD and I am "NOT, but this Court treats me as if I was a MD and/or JD.

Now this Court has made numerous comments concerning the fact(s) that as Defendant I have "NOT" stated the direct harm to either me or my businesses or my Handicap brother...that the Plaintiff claimed he did, such as forward him a FAX, which he could "NOT" have done since he is unable to use stairs, nor can he long walk...since Plaintiff did state he did find that Defendant Jeffery Sims was submitted to the Hospital...from the claims of the Plaintiff, is very odd, as well as false in nature!?

III. Since Plaintiff is unable to submit any MOTION to his correct mailing address I shall assume the Court shall seek actions to dismiss this matter or whatever it see fit to correct the matter that is also fair to me the Defendant. I shall assume that since the Plaintiff is UNABLE to forward both me and the Court his "NEW" mailing address, this matter MUST be held over for a "NEW" Court date for 45 to 60 days from TODAY, 02/12/2018 @ 11:25 pm (MST). Also the Plaintiff DO NOT HAVE the correct EMAIL address of the Defendant and his business and he was told this on 11/10/2017 @ 10 am (MST) by telephone call, that he made to ME, Larry D. Sims, he was informed that the EMAIL was going to change to blactinoi@gmail.com, yet he continue to forward to email addresses he is fully aware that I will NEVER get, and he than tell you, this Court that I refuse to reply - such is a outright lie and the Plaintiff is fully aware of the correct email address.

Also, I did cotacted the Clerk of the Court concerning that I had misplaced the Courts telephone number and Have ask that the Clerk fax me a copy of the NUMBER to the fax number listed, in the FAX send TODAY.

Thank you for your time on this matter and the efforts on this matter at hand.

Dated on February 13, 2018 @ 8:15 am (MST) the same was place in the mail box in Pueblo, Co 81004 and sent PRIORITY MAIL.



/s/Larry D. Sims - Defendant(s), et al

XC



**FROM:**
Nemiya
4655 Lankershim Blvd
#422
Studio City, CA 91602

**TO:**
LD Sims
1412 Lakeview Ave.
#204
Pueblo, CO 81008

PRIORITY MAIL 3-DAY®

EXPECTED DELIVERY 02/01/2018

SHIP TO:
PUEBLO CO 81008

USPS TRACKING NUMBER
9505 5000 3085 8027 0002 94

U.S. POSTAGE $6.70
PM 3-DAY
91602 0006
Date of sale 01/27/18
06 2S00
08303341 SSK

0006

EP14F July 2013
OD: 12.5 x 9.5

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

UNITED POST

