

# Larry D. Sims

### A Smile A day!

Phone: 719-564-2552
1412 Lakeview Avenue, 204,  Pueblo, CO 8100

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**APR 0 2 2018**

**JEFFREY P. COLWELL**
**CLERK**

US District Court for the District of Colorado
Denver, CO 80294-3589
USA

Re Case No. 1:17-cv-01827 Settlement Agreement, et al

To the Clerk of the Court on Behalf of the sitting Hon. Justice Varholak as ordered by this Court on 3/28/2018 @ 4:12 pm (MST) I did enter into the record of this Court, but after closely reading the Updated version, I feel that any agreement at this time cannot be reached at this time and I ask that a Court Trail be set, so at no time will this Court or the Plaintiff feel that I directly violate the Court's Ordered in this matter and I feel that both sides have truely tried to CORRECT the issues/matter at hand.

But, after fully reading the Agreement I see that again the Plaintiff have place conditions, that was at "NO" time EVER agreed upon by "ME" the Defendant, such as that said signature would mean that I would "AGREE" to the fact that even if I pay the settlement fee I would be at the mercy of the Plaintiff, not going to happen "EVER", concerning the "NON - prejudice", yet the Plaintiff claims he would "MOVE" the Court to close the CASE at Hand.

I thank all, but "NO" deal at this time And any and all ADMISSION during the time of any SETTLEMENT cannot ever be used...also, the Plaintiff has MOVED and to date have not entered in to the records of the Court of his "NEW" address, et al I have EMAILED an ACTUAL COPY of the SETTLEMENT AGREEMENT and sent a copy to the Court with a copy of the Attached letter.

/s/Larry D. Sims

Email a Friend @ larrysims10@yahoo.com

EISZTHE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| Richard Max Fleming, M.D., J.D. | ) | |
| | ) | 1:17-cv-01827 |
| Plaintiff, | ) | |
| | ) | Motion to Enter onto the Record this |
| v. | ) | |
| | ) | Modified Settlement Agreement |
| Larry D. Sims and Jeffery Sims, | ) | |
| in their Individual and | ) | After it being Read by the Court on |
| Official Capacities; LDS Financial Charter | ) | |
| Services Co™ and Blactino Entertainment.) | | 28 March 2018 and Agreed to by the Parties |
| | ) | |
| Defendants | ) | in Court on the Record. |

Declaration 28 USC § 1746

To the best of my knowledge, **we** declare under penalty of perjury under the laws of

the United States of America that the following is true and correct.

---

Original Settlement Agreement

---

Defendant Larry D. Sims (LD Sims) on behalf of himself and the Corporations named

in this Civil case 1:17-cv-01827, their aliases and affiliated corporations and plaintiff

Richard M. Fleming having communicated with Justice Varholak via telephonic

communication at 303-335-2365 on 14 February 2018 did agree to and enter into this

Settlement Agreement as stipulated *infra*. It was reduced to writing by the plaintiff,

pursuant to the directions of the Court on 14 February 2018 and emailed to defendant LD

Sims on that day using email larrysims10@yahoo.com as directed by the defendant.

The case before this Court, case #1:17-cv-01827 was brought by the plaintiff against the defendants. The defendants hereby admit to all the claims of the Amended Complaint [#131] brought against the defendants by the plaintiff for Fraud, Assault, Breach of Contract and Promissory Estoppel, Punitive Damages, Attorney and Legal Fees. Defendant Mr. Larry D Sims individually and in his official capacity for the Corporations agrees to the following terms for Settlement Agreement, as agreed to in Court on 14 February 2018 with Justice Varholak and plaintiff. It has been reduced to writing by the plaintiff as instructed by the Court.

1. Mr. Larry D. Sims will personally pay directly to the plaintiff the sum of $500.00 and this amount will be mailed directly to Dr. Richard M. Fleming at 11030 Aqua Vista Street, Apartment #4, Studio City, CA 91602 within 5 calendar days of the submission of this agreement to Mr. Larry D Sims for signature.

2. Mr. Larry D. Sims has stipulated on the record that he has the authority to act for the Corporations, LDS Financial Charter Services Co and Blactino Entertainment including any and all aliases of the companies and their subsidiaries and affiliated companies. As such Mr. Larry D Sims stipulates to Judgment against these Corporations jointly and severally including any and all aliases and agrees to the Stipulated Judgment upon any and all clients of the individuals and corporations owned and/or operated by defendants, whom defendants are members of or monies are paid to or from the defendants, including but not limited to LDS Financial Charter Services Co (™) and Blactino Entertainment, their aliases and

2

corporations affiliated with same, including but not limited to their movie, music and recording studios. The stipulated judgment payment of $250,000.00 is to be paid from these Corporations to the plaintiff either within 30 calendar days of Mr. Larry D Sims signature upon this agreement **or** on or before 23 March 2018, whichever comes first.

3. The defendants waive any and all rights to appeal this Stipulated Judgment.

4. The defendants agree not file for Bankruptcy. Should the defendants attempt to file for bankruptcy; plaintiff shall be listed as the first creditor.

5. The defendants agree not move or cause monies to be moved from any accounts including personal and/or corporate monies prior to payment in full of the Stipulated Judgment of $500.00 by Mr. Larry D Sims and $250,000.00 to be paid by the Corporate defendants to the plaintiff. All monies to be mailed directly to Dr. Richard M. Fleming, 11030 Aqua Vista Street, Apartment #4, Studio City, CA 91602.

6. Defendant Mr. Larry D Sims has agreed to receive this Stipulated Judgment directly from plaintiff via email at larrysims10@yahoo.com and agrees to sign and return this Stipulated Judgment within 5 calendar days via email to the plaintiff at rmfmd7@yahoo.com and to mail the $500.00 directly to the plaintiff, within 5 calendar days of having received this email, to Dr. Richard M. Fleming, 11030 Aqua Vista Street, Apartment #4, Studio City, CA 91602. Defendant Mr. Larry D Sims agrees not to modify or attempt to change this Settlement Agreement in any manner

3

and agrees that any such attempt to modify or change the Settlement Agreement constitutes an agreement to #9 *infra.*

7.  Once defendant Mr. Larry D Sims has returned the signed Settlement Agreement to the plaintiff and once the $500.00 has been received by the plaintiff from defendant Mr. Larry D Sims and once the $250,000.00 has been received by the plaintiff from the Corporate defendants and once the Court has entered the Stipulated Judgment in this case, plaintiff will move to close the case against the individuals in this case with prejudice.

8.  This settlement judgment does not waive the rights of the plaintiff to file suit against the defendants for other causes not stipulated in the Amended Complaint or for other reasons not stated in the Amended Complaint.

9.  Any deviation from the terms of this Stipulated Judgment agreement will make the entire agreement void *except for* the admission by the defendant's that the Amended Complaint in its entirety [#131] as brought against the defendants by the plaintiff for Fraud, Assault, Breach of Contract and Promissory Estoppel, Punitive Damages, Attorney and Legal Fees is hereby admitted to by the defendants and that defendants agree to the entry of default judgment against all the defendants, and the defendants further stipulate that they waive any and all legal rights to appeal this default judgment.

10. This constitutes the entire Stipulated Settlement Judgment agreement made between the parties.

The signatures of the parties below constitute a binding contractual agreement to this Settlement agreement as established this 14th day of February 2018.

---

### Modified Settlement Agreement Pursuant to Defendant LD Sims Telephonic Appearance on 23 March 2018

---

On 7 March 2018 (day #21) defendant LD Sims notified the plaintiff that he would not sign the Settlement Agreement, *supra*. There was no prior or subsequent communication from the defendant regarding the Settlement Agreement until his telephonic Court appearance on 23 March 2018 and there has been no answer to the verified complaint as Ordered by the Court [#144].

On 23 March 2018, the parties returned to Court telephonically as instructed by the Court [#156] having failed to sign the Settlement Agreement. **At that time, defendant LD Sims stipulated on the record that he would sign the Settlement Agreement if it did not include paragraph 9 (viz. item #9).** The Court subsequently set [#171] a Settlement Conference for Wednesday 28 March 2018 at 9:30 am MST to finalize the Settlement Agreement in addition to denying defendants filing [#168] and denying *without* prejudice plaintiff's Motion [#165].   Failure of the 28 March 2018 Settlement Conference would result in a Status Conference on 11 April 2018.

"In the Interest of Justice" and "in good faith" the plaintiff submits the following Modified Settlement Agreement pursuant to defendant LD Sims Court stipulation on 23 March 2018 and as further agreed to by defendant LD Sims on 28 March 2018 at 9:50 am

5

MST via telephonic agreement with the Court that he would sign the Modified Settlement Agreement. The dates have been changed given the fact that the previously submitted dates have passed and clearly could not now be met by the defendant. Given the proposition by defendant LD Sims that he would agree to and sign the so Modified Settlement Agreement, further delay "in the interest of justice" is unwarranted and plaintiff asks that the monies be Priority Mailed to the plaintiff.

1. Mr. Larry D. Sims will personally pay directly to the plaintiff the sum of $500.00 and this amount will be _Priority mailed_ directly to Dr. Richard M. Fleming at 11030 Aqua Vista Street, Apartment #4, Studio City, CA 91602 within 5 calendar days of the from this date 28 March 2018.

2. Mr. Larry D. Sims has stipulated on the record that he has the authority to act for the Corporations, LDS Financial Charter Services Co and Blactino Entertainment including any and all aliases of the companies and their subsidiaries and affiliated companies. As such Mr. Larry D Sims stipulates to Judgment against these Corporations jointly and severally including any and all aliases and agrees to the Stipulated Judgment upon any and all clients of the individuals and corporations owned and/or operated by defendants, whom defendants are members of or monies are paid to or from the defendants, including but not limited to LDS Financial Charter Services Co (™) and Blactino Entertainment, their aliases and corporations affiliated with same, including but not limited to their movie, music and recording studios. The stipulated judgment payment of $250,000.00 is to be

6

paid from these Corporations for fraud, breach of contract, promissory estoppel to *and received by* the plaintiff *on or before 10 April 2018*

3. The defendants waive any and all rights to appeal this Stipulated Judgment.

4. The defendants agree not file for Bankruptcy. Should the defendants attempt to file for bankruptcy; plaintiff shall be listed as the first creditor.

5. The defendants agree not to move or cause monies to be moved from any accounts including personal and/or corporate monies prior to payment in full of the Stipulated Judgment of $500.00 by Mr. Larry D Sims and $250,000.00 to be paid by the Corporate defendants to the plaintiff. All monies to be *Priority* mailed directly to Dr. Richard M. Fleming, 11030 Aqua Vista Street, Apartment #4, Studio City, CA 91602.

6. Defendant Mr. Larry D Sims has agreed to receive this Stipulated Settlement Agreement directly from plaintiff via email at larrysims10@yahoo.com and agrees to sign and return this Stipulated Agreement to the plaintiff on or before 12 noon PST, 29 March 2018, via email to the plaintiff at rmfmd7@yahoo.com and to mail the $500.00 directly to the plaintiff, within 5 calendar days to Dr. Richard M. Fleming, 11030 Aqua Vista Street, Apartment #4, Studio City, CA 91602. Defendant Mr. Larry D Sims agrees not to modify or attempt to change this Settlement Agreement in any manner and agrees that any such attempt to modify or change the Settlement Agreement constitutes an agreement to default.

7.   Once defendant Mr. Larry D Sims has returned the signed Settlement Agreement to the plaintiff and once the $500.00 has been received by the plaintiff from defendant Mr. Larry D Sims and once the $250,000.00 has been received by the plaintiff from the Corporate defendants and once the Court has entered the Stipulated Judgment in this case, plaintiff will move to close the case against the defendants in this case with prejudice.

8.   This settlement judgment does not waive the rights of the plaintiff to file suit against the defendants for other causes not stipulated in the Amended Complaint or for other reasons not stated in the Amended Complaint.

9.   DELETED.

10. This constitutes the entire Stipulated Settlement Judgment agreement made between the parties.

Pursuant to the Court, defendant LD Sims has agreed to sign this Modified Settlement Agreement today, 28 March 2018. It is being emailed directly to defendant LD Sims at larrysims10@yahoo.com who is to sign this Modified Settlement Agreement and return it promptly to plaintiff at rmfmd7@yahoo.com. The Court will reconvene at 4 pm MST to enter this Modified Settlement Agreement onto the record.

Respectfully submitted,

Dated:  28 March 2018

s/Richard M. Fleming
*Richard M. Fleming*

4055 Lankershim Blvd., #422
Studio City, CA 91604
Telephone:  (818) 210-6930
E-mail:  rmfmd7@hotmail.com
Attorney for (Plaintiff) – Pro Se

My signature, Mr. Larry D. Sims, hereby constitutes my voluntary and intentional

and knowing consent to the settlement agreement as reduced to writing *supra*.

VOID NOT Signed

_____
S/Larry D. Sims
1412 Lakeview Avenue, #204
Pueblo, CO 81004
Telephone: (719) 415-7949
Fax: (719) 564-2552
E-mail: larrysims10@yahoo.com
Defendant - Pro Se
On behalf of himself individually and the
Corporate Defendants LDS and Blactino
including their aliases, subsidiaries and
affiliated companies.

9

## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

### CERTIFICATE OF SERVICE

I hereby certify that on 28 March 2018, I electronically submitted the foregoing to defendant Larry D. Sims at larrysims10@yahoo.com as directed by the defendant on the Court record.

s/Richard M. Fleming
**Richard M. Fleming**
4055 Lankershim Blvd., #422
Studio City, CA 91604
Telephone: (818) 210-6930
E-mail: rmfmd7@hotmail.com
Attorney for (Plaintiff) – Pro Se

10

# PRIORITY® ★ MAIL ★

## FLAT RATE ENVELOPE
ONE RATE ★ ANY WEIGHT*

APPLY PRIORITY MAIL POSTAGE HERE

U.S. POSTAGE
PAID
PUEBLO, CO
81005
MAR 30, 18
AMOUNT

**$6.70**

R2303S101612-09

80294

UNITED STATES
POSTAL SERVICE®

1006

Expected Delivery Day: 03/31/2018

USPS TRACKING NUMBER

9505 5125 0304 8089 2122 45

* For international shipments, the maximum weight is 4 lbs.

EP14H July 2013 Outer Dimension: 10 x 5



Blactino Entertainment Co.
1412 Lakeview Ave 204
Pueblo, CO 81004



U.S. District Court
901-19th Str., RM A105
Denver CO 80294-3589