4/13/2018                                    Re: Scheduling Conference

**From:** Kountry Joes Cstore <kountryjoescstore@aol.com>
**To:** rmfmd7 <rmfmd7@yahoo.com>
**Subject:** Re: Scheduling Conference
**Date:** Fri, Apr 13, 2018 3:06 am




**F I L E D**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 16 2018

JEFFREY P. COLWELL
CLERK

_4/13/2018 @ 3 am (MST), Pueblo, CO 81004_

**Dr. Fleming**

Greetings, **YES** the Court has ask that we work together on this matter called a **Scheduling Order** and I/We have, so if you, **Dr. Fleming** wish to file what you have you are **FREE** to do so and I/We are **FREE** to do what I/We plan to do, within the **Rules and Reg's of this and all Federal Court(s)**...I/We have worked with you and for you to state I/We have not is just **WRONG**, at time I don't contact you by telephone at that time or day, but I do call, yet at times NO-ONE" ever answers the line cell or landline, but you claim that we  or I never contact you, that in itself is a lie willfully told by you to the Courts ( **I will send a copy of this EMAIL to the Courts for its records - so you don't make me or anyone from this company look bad.**)

_**Please understand my brother, is 100% a VET and is handicap in a wheelchair so I take care of him all we have is each other, so I will be their for him up until I must be in DENVER, CO on 5/3/18 @ 10 am (MST), HAVE A NICE DAY!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!**_

**/s/Larry D Sims - CEO**
**Kountry Joes Cstores (tm)**
**kountryjoescstore@aol.com**

-----Original Message-----
From: Richard Fleming <rmfmd7@yahoo.com>
To: Kountry Joes Cstore <kountryjoescstore@aol.com>; ldsandassoc.company2 <ldsandassoc.company2@aol.com>; larrysims10 <larrysims10@yahoo.com>; rmfmd7 <rmfmd7@yahoo.com>
Sent: Thu, Apr 12, 2018 9:59 pm
Subject: Re: Scheduling Conference

Mr. Larry D. Sims,

The Court has ordered us to work together to submit the scheduling order. I am asking you to please comply with that Order. If you are not going to participate please let me know.

Respectfully,

Dr. Fleming

Sent from my iPhone

On Apr 12, 2018, at 6:23 PM, Kountry Joes Cstore <kountryjoescstore@aol.com> wrote:

April 12, 2018 @ 7:25 pm (MST), Pueblo, CO 81004

Mr. Fleming

Greetings! You may file any and all Scheduling orders and any Documents # 98 and 133, et seq..at which since you are FREE to claim whatever, I to have the rights to say you, sir are a Lie. Now on 5/3/2018 @ 10 am (MST), I will see you in court and I will again ask the Court to DISMISS this with prejudice, unless you have ACTUAL PROOF (not, any exhibits you filed with the original complaint). You will get your time to be heard in Court as do I have that same right(s).

Larry D. Sims - CEO
Kountry Joes Cstore
kountryjoescstore@aol.com

Re: Scheduling Conference

-----Original Message-----
From: RM Fleming, MD <rmfmd7@yahoo.com>
To: Kountry Joes Cstore <kountryjoescstore@aol.com>; larrysims10 <larrysims10@yahoo.com>; ldsandassoc.company2 <ldsandassoc.company2@aol.com>; RM Fleming, MD <rmfmd7@yahoo.com>
Sent: Thu, Apr 12, 2018 8:08 am
Subject: Re: Scheduling Conference

Dear Mr. LD Sims,

We have only two weeks from today to get a Scheduling Order to the Court. The Court has Ordered us to forthwith [#179] hold, participate in a Pre-scheduling meeting Rule 26(f) and Rule16(b) to prepare a proposed Scheduling Order in accordance with the FRCP and D.C.COLO.LCivR. We have been put on notice [#179, 181] that a failure to comply may result in sanctions Rule 16(f). Please comply and work with me to follow this Court Order.

Respectfully,

Dr. Fleming

On Monday, April 9, 2018, 10:07:09 AM PDT, RM Fleming, MD <rmfmd7@yahoo.com> wrote:

Dear Mr. Sims,

You have the correct mailing address to submit materials to me. However, given the timing of the Scheduling Conference, I believe we need to communicate by telephone and email to produce the Scheduling Order in time to submit it to the Court on or before 26 April 2018 in preparation for May 3rd Scheduling Conference.

The proposed Scheduling Order was updated from the Scheduling Order filed 29 November 2017 [#98]. I submitted this update Scheduling Order to you in the email of 5 May 2018 at 11:24 am. **I include it here once again.**

The format and material to be included in the Scheduling Order is laid out in the FRCP and Local Rules as stipulated by the Court in the Order [#179] by Justice Watanabe. If you do not agree with the wording of the scheduling order, I am available to discuss it.

I am attaching the Court Order and the Scheduling Order I have put together in preparation for submission and await your participation in the Rule26(f) pre-scheduling meeting. I am again asking you to participate in this pre-scheduling meeting as the Court has Ordered.

Respectfully submitted,

Dr. Fleming

On Monday, April 9, 2018, 9:41:31 AM PDT, Kountry Joes Cstore <kountryjoescstore@aol.com> wrote:

Hello Dr./Mr. Fleming

Greetings! it is now 4/9/18 and I did contact you by email I did not contact U due to somethings I needed to take care of that was URGENT, now I feel that your idea of a Pre-Scheduling Order is somewhat different than mine, I DO NOT AGREE with the wording of Document #98, also you need to inform me of what mailing address is correct and you also need to let the Clerk of the Court know the same.

Also, I am getting ready for our Court date of 5/3/18 @ 10 am (MST) at that time if I read something that is NOT true I will ask that the Court throw it out, if not I am sure you will be able to produce actual evidence of the facts at hand, and "NO" exhibits that both me and this Court have seen. Thank You and have a wonderful day.

Larry D. Sims - CEO



RUSH URGENT



Blactino Entertainment Co.
1412 Lakeview Ave 204
Pueblo, CO 81004



U.S. District Court
901-19th Str., RM A105
Denver CO 80294-3589

DENVER CO 802

14 APR 2018 PM 5 L





DENVER CO 802

14 APR 2018 PM 5 L

Date Mailed
3/13/18