# +Kountry Joe's C-Stores Holdings™

140 West 29th Street, 349
Pueblo, Colorado 81008
Phone: 719-415-6954
Fax: 719-546-5980
E-Mail: kountryjoescstore@aol.com
Web: kountryjoescstores.us

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
AUG 20 2018
JEFFREY P. COLWELL
CLERK

16 August 2018

## Richard M. Fleming and District Court for the District of Colorado
## Plaintiff
## 4055 Lankershim Blvd., 422

## Studio City, CA 91604

### RE Fleming V Sims, et al Case No. 1:17-cv-01827-WMJ

Dear Richard M. Fleming:

Greetings! We write you this letter in a URGENT MATTER, now you sent a MOTION concerning Blactino Entertainment Company ™, et al, and Case No. 1:17-cv-01827-WJM, at which YOU, Mr. Flemings did file a Motion concerning a matter of the District Court, which is a matter of the District Court, and that You have this EMAIL of this Company, is at NO TIME contacted to or a part of this CASE, so YOU SHALL remove our corporate EMAIL from your DATABASE or if you have BOOKED MARKED US, undo this immediately. A number of my customers have asked is that if WE are being sued for such ACTIONS? Now if this letter SHALL also be a MOTION that due to the ACTION of YOU, Mr. Fleming, the District Court Should grant the MOTION, WITH PREJUDICE, not without prejudice. Since as one of the DEFENDANT, I don't think you have a valid case, since to date YOU have informed the District Court that YOU are POOR, but YOU took a flight to Colorado from CA, that is not cheap, so if I was the District Court I would DEMND that YOU at least inform this District Court of any changes of YOUR situation, such as your living arrangements, if any since YOUR mailing continue to go to the place YOU claim YOU no longer live there, if TRUE why is your mail still going there, (2) If YOU, live at another location why have YOU not informed me or this DISTRICT COURT (3) You, told this District Court that You had only a mere $100.00 in both your checking and savings account with Bank of America(n), but yet YOU and YOURS have a roof over their head, a only a mere $100.00 how did YOU do it. (3) You, claim that I Defrauded You concerning the FACT I or those within my Company was going to PAY your RENT, this is NOT facts or TRUE, this YOU clearly claim that My handicap brother who also is that way due to him being a VET (See the Motion VA LAW JUDGE), NO, he is "NOT" an EMPLOYEE now or ever,

Now if You wish to forward ME any other MOTIONS, YOU must US the EMAIL, of that which was gave to the DISTRICT COURT during a Telephone Court Hearing in Feb. 2018, YOU WILL NOT SEND ANY OTHER MOTIONS TO ANY OF MY BUSINESS EMAILS, WITHOUT MY WRITTEN PERMISSION, and MOTIONS sent to any other COMPANY EMAIL that is NOT a DEFENDANT(S) to this or any case, SHALL be DELETED with it being answered or replied to, and we CANNOT be held in contempt, since YOU are not following the RULES of the DISTRICT COURT...this was done to HARM ME and any of my BUSINESSES, and this DISTRICT COURT SHALL ACT to protect ME/US from YOU and YOUR ACT(S), ACTION(S) and INACTION(S) on and against US YOU are trained in the

field of the CONDUCTS of LAW so YOU should or YOU shall know that what YOU have done is and was made to HARM me and any business(es) owned by me, if I am incorrect than YOU shall have "NO" problem REMOVING such EMAIL from YOUR DATABASE, et al and any corrections YOU SHALL forward such to this DISTRICT COURT and any and ALL the SERVED DEFENDANT(S) on this CASE at hand, without delays.

So, all is fair I SHALL forward a copy of this letter/Motion in EX PARTE to YOU and THE DISTRICT COURT for review and answer, thereof. Thank you

Sincerely,

Larry D. Sims, CEO

LDS/

ENCL

XC: District Court – Office of the Clerk and the Hon. Judge WMJ



Kountry Joes CStores (tm)
1412 Lakeview Ave 204
Pueblo, CO
81004
DENVER
CO 802
17 AUG '18
PM 8 L
stamps.com
$0.530
US POSTAGE
FIRST-CLASS
062S0011617812
FROM 81004
B08317.15
U.S. District Court
901-19th Str., RM A105
Denver CO 80294-3589
Rush-Urgent