FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 11 2018

JEFFREY P. COLWELL
CLERK

The United States District Court
for the District of Colorado

| | |
|---|---|
| Richard Max Fleming, M.D., J.D | ) |
| | ) Case No. 1:17-cv-01827 - WJM-NRN |
| Plaintiff, | ) |
| | ) |
| v. | ) MOTION |
| | ) |
| | ) |
| Larry D. Sims, et al | ) |
| | ) |
| Defendants | ) |

Now, I Larry D. Sims - Defendant(s) comes before this District Court, bring to the attention of the Court of a numder of errors concerning a **TELEPHONE HEARING**, based on a Default Motion filed by the Plaintiff and the Court, a Hearing on such was heard on **9/26/2018**.:

(1) Now on **9/28/2018** I, **Larry D. Sims** did receive a letter/Motion Granting me my Telephone Hearing by this Court, but it make claims that I as Defendant I was ***NOT*** informed by the Plaintiff prior, yet if I would have ***MISSED*** said hearing the ERROR would have be that of the Plaintiff, not the Defendant(s).;

(2) Also, under **BLACK'S LAW DICTIONARY** a **CONTRACT MUST** have some form of **AGREEMENT** between both parties, yet there was NONE, since Plaintiff did not prove his case, since they was no AGREEMENT between the parties - EVER, a FAX alone without any signature is **"NOT"** any form of agreemnet or contract, now since there was **"NO" AGREEMENT/CONTRACT** between the parties any action taken by the Plaintiff to enrich himself is actionable by the Defendant(s)...since the Plaintiff didcome to the Defendant under the **FALSEHOOD** of being an Adult Actor in which he placed an ad with **SEXY JOB** concerning the same, and at which he did pitch his wares, that was NEVER acted or implied any **AGREEMENT/CONTRACT**, and any monies spent by the **PLAINTIFF** is his act, as if he was an **INDEPENDENT CONTRACTOR**, not an employee, et al.:

(3) Now, the Court did ask that I update any and all mailing information to ensure that any and all mailings and motion get to me...now the mailing address is: *1412 Lakeview Ave., 204, Pueblo, CO 81004*...EMAIL address is *kountryjoescstore@aol.com and/or (both) larrysims10@yahoo.com.*

## **_CERTIFICATE OF MAILING/SERVICE_**

Defendnat Larry D. Sims did place said MOTION at the USPS within Pueblo, Colorado by FIRST CLASS MAIL to the Plaintiff and to the Court in Denver, Colorado, to the Addresses as so listed with the Clerk of the Court in Denver, Colorado 80294-3589

Richard Max Fleming
4055 lankershim BLVD 422
Studio City, CA 91604

Office of the Clerk
US District Court
901-19th Street, Room A105
Denver, CO 80294-3589

The said MOTION was mailed on October 01, 2018, by the Defendant Larry D. Sims.

/s/Larry D. Sims - Defendant
   Blactino Entertainment Company
   1412 Lakeview Avenue 204
   Pueblo, CO 81004

